1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   MICHAEL A. AMBRI
3  Assistant United States Attorney
   Arizona State Bar No. 021653
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone:  520-620-7449
6  Email: michael.ambri@usdoj.gov
   Attorneys for the United States of America
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

| | |
|---|---|
| 10  Manuel Cuen, as surviving son of Armida Herrera; Cristian Cuen, a minor, by and through his next friend, Adela Herrera; Valeria Campoy-Herrera, a minor by and through her next friend Rigoberto Campoy, | **Case No.:** _____ |
| | **NOTICE OF REMOVAL** |
| 13                    Plaintiff, | **(Superior Court of Arizona, Pima County, Case No. C20146643)** |
| 14                    v. | |
| 15  Tucson Medical Center, an Arizona Corporation; J. Manuel Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health Center, Inc., dba El Rio OB/GYN Associates, an Arizona corporation; Roger Ottman, M.D.; EMCARE Physician Services, Inc., an Arizona Corporation; John Does I-V; Jane Does I-V; ABC Corporations I-V; XYZ Limited Liability Companies/Partnerships I-V, | |
| 20                    Defendants. | |

22  TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

23         The United States of America, on behalf of Defendants El Rio Santa Cruz

24  Neighborhood Heath Center, Inc., dba El Rio OB/GYN Association, ("El Rio") and J.

25  Manuel Arreguin, M.D., ("Dr. Arreguin"), hereby give notice of removal of this action from

26  the Superior Court of Arizona, Pima County, to the U.S. District Court for the District of

27  Arizona.  The action is removed pursuant to 42 U.S.C. § 233(c).

28         1.    This action was filed on or about December 30, 2014, in the Superior Court

of Arizona, Pima County.  The state court case number is C20146643.

2.     The Complaint names as defendants El Rio, Dr. Arreguin, Tucson Medical Center, Roger Ottman, M.D., EMCARE Physician Services, Inc., and a number of fictitiously named persons and entities.  The Complaint alleges that the defendants provided negligent medical care to Armida Herrera leading to her death.  Trial has not yet been had in the matter.  Copies of all process and pleadings obtained from the state court are attached hereto as Exhibit A.

3.     At all times alleged in the Complaint, Dr. Arreguin was an employee of El Rio, an entity receiving federal grant money from the United States Public Health Service.  Pursuant to 42 U.S.C. §233(g), as amended by the Federally Supported Health Care Centers Assistance Act of 1995 (Public Law 104-73), the United States Department of Health and Human Services has deemed El Rio and its employees who are physicians or other licensed or certified health care practitioners to be employees of the Public Health Service for purposes of coverage under Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.,* at all times described in the Complaint.

4.     The Attorney General of the United States, by the United States Attorney for the District of Arizona, has certified that El Rio and Dr. Arreguin were acting within the scope of employment as deemed employees of the Public Health Service at the time of the acts or omissions alleged in the Complaint.  *See* Exhibit B hereto.

5.     Pursuant to 42 U.S.C. §  233(c), upon certification by the Attorney General that a defendant was acting within the scope of deemed federal employment at the time of the incident out of which the claim arose, any civil action commenced upon a claim for damages for personal injury or death resulting from medical or related functions in a state court shall be removed without bond at any time before trial to the district court of the United States for the district and division where the action is pending and shall be deemed a tort action against the United States under 28 U.S.C. § 2679(d).

6.     The agreement of all defendants is not necessary for removal by a federal defendant.  *See Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co.,* 644 F.2d 1310,

1315 (9th Cir. 1981).  Upon filing of such a notice of removal, the entire case is removed even if the removing defendant is the only federal party.   *See id.*

7.     Pursuant to Local R. Civ. P. 3.6(a), a notice of this filing, along with a copy of this Notice of Removal, has been or, upon issuance of a district court docket number, will be filed with the clerk of Superior Court of Arizona, Pima County.

8.     Pursuant to Local R. Civ. P. 3.6(b), a true and complete copy of the state court record and accompanying verification are filed as Exhibit A to this Notice.

RESPECTFULLY SUBMITTED this 15th day of July, 2015.

> JOHN S. LEONARDO
> United States Attorney
> District of Arizona
>
> */s/ Michael A. Ambri*
> MICHAEL A. AMBRI
> Assistant U. S. Attorney

Copy of the foregoing served by U.S. mail this 15th day of July, 2015, to:

Louis Hollingsworth, Esq.
Michael F. Kelly, Esq.
HOLLINGSWORTH KELLY ATTORNEYS
3501 North Campbell Avenue, Suite 104
Tucson, Arizona  85719-2032
Attorneys for Plaintiffs

John F. Kelly, Esq.
Mark D. Kamitomo, Esq.
THE MARKUM GROUP, INC., P.S.
421 West Riverside Avenue, Suite 1060
Spokane, Washington  99201
Attorneys for Plaintiff

Anne M. Fulton-Cavett
Cavett & Fulton, P.C.
6035 East Grant Road
Tucson, Arizona  85712
Attorneys for Defendant Tucson Medical Center

Scott A. Holden, Esq.
DeeDee Armer Holden, Esq.
6101 S. Rural Road, Suite 112
Tempe, Arizona  85283
Attorneys for Defendant Roger Ottman, M.D. and EmCare Physician Services, Inc.

*/s/ Terry Whatley*

# EXHIBIT A
# TO NOTICE OF REMOVAL

1
2
3
4
5
6
7

JOHN S. LEONARDO
United States Attorney
District of Arizona
MICHAEL A. AMBRI
Assistant United States Attorney
Arizona State Bar No. 021653
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7449
Email: michael.ambri@usdoj.gov
Attorneys for the United States of America

8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

10
11
12
13
14

Manuel Cuen, as surviving son of Armida
Herrera; Cristian Cuen, a minor, by and
through his next friend, Adela Herrera;
Valeria Campoy-Herrera, a minor by and
through her next friend Rigoberto Campoy,

Plaintiff,

v.

15
16
17
18
19
20
21
22

Tucson Medical Center, an Arizona
Corporation; J. Manuel Arreguin, M.D.; El
Rio Santa Cruz Neighborhood Health
Center, Inc., dba El Rio OB/GYN
Associates, an Arizona corporation; Roger
Ottman, M.D.; EMCARE Physician
Services, Inc., an Arizona Corporation;
John Does I-V; Jane Does I-V; ABC
Corporations I-V; XYZ Limited Liability
Companies/Partnerships I-V,

Defendants.

Case No.: _____

**CERTIFICATION
OF STATE COURT RECORD**

**(Superior Court of Arizona,
Pima County, Case No. C20146643)**

23
24
25
26

        Pursuant to Local Rule of Civil Procedure 3.6(b), attached are true and
complete copies of all pleadings and other documents obtained from the Superior
Court for the State of Arizona, Pima County, in *Manuel Cuen, et al. v. Tucson
Medical Center, et al.,* Case No. C20146643.

27
28

1    RESPECTFULLY SUBMITTED this 15th day of July, 2015.

2                                   JOHN S. LEONARDO
                                    United States Attorney
3                                   District of Arizona

4                                   /s/ Michael A. Ambri
                                    MICHAEL A. AMBRI
5                                   Assistant U. S. Attorney

6

7    Copy of the foregoing served by U.S. mail this 15th day of July, 2015, to:

8    Louis Hollingsworth, Esq.
     Michael F. Kelly, Esq.
9    HOLLINGSWORTH KELLY ATTORNEYS
     3501 North Campbell Avenue, Suite 104
10   Tucson, Arizona  85719-2032
     Attorneys for Plaintiffs
11
     John F. Kelly, Esq.
12   Mark D. Kamitomo, Esq.
     THE MARKUM GROUP, INC., P.S.
13   421 West Riverside Avenue, Suite 1060
     Spokane, Washington  99201
14   Attorneys for Plaintiff

15   Anne M. Fulton-Cavett
     Cavett & Fulton, P.C.
16   6035 East Grant Road
     Tucson, Arizona  85712
17   Attorneys for Defendant Tucson Medical Center

18   Scott A. Holden, Esq.
     DeeDee Armer Holden, Esq.
19   6101 S. Rural Road, Suite 112
     Tempe, Arizona  85283
20   Attorneys for Defendant Roger Ottman, M.D. and
     EmCare Physician Services, Inc.
21

22   /s/ Terry Whatley

23

24

25

26

27

28

- 2 -

 **Case Information**

| Case Number: | C20146643 |
| File Date: | 12/30/2014 |
| Caption: | MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL. |
| Judge: | LESLIE MILLER |

 **Party Listing**

| Party Full Name | Party Role | Name Type |
|---|---|---|
| MANUEL CUEN | Plaintiff | True |
| CRISTIAN CUEN | Plaintiff | True |
| ADELA HERRERA | Plaintiff | True |
| VALERIA CAMPOY-HERRERA | Plaintiff | True |
| RIGOBERTO CAMPOY | Plaintiff | True |
| TUCSON MEDICAL CENTER | Defendant | True |
| EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER INC | Defendant | True |
| EL RIO OB/GYN ASSOCIATES | Defendant | Doing Business As (DBA) |
| EMCARE PHYSICIAN SERVICES INC | Defendant | True |
| J MANUEL ARREGUIN MD | Defendant | True |
| ROGER OTTMAN MD | Defendant | True |

**Document Index Listing**

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/8/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 4/28/2015 | Available |
| Notice | Notice Of Compliance/Non | NOTICE OF COMPLIANCE | 3/23/2015 | Available |

| Notice | Compliance | NOTICE OF COMPLIANCE | 2/25/2015 | Available |
|---|---|---|---|---|
| Receipt | All Money Receipts | All Money Receipts #2450263 | 2/24/2015 | Available |
| Answer | Answer/Response To Complaint | DEFTS ANSWER TO PLTFS COMPLAINT | 2/23/2015 | Available |
| Notice | Notice Of Intent/Intentions | DEFENDANTS' NOTICE OF INTENT TO USE AUDIO/VIDEO TECHNOLOGY | 2/23/2015 | Available |
| Misc | Demand For Jury Trial | JURY DEMAND | 2/23/2015 | Available |
| Statementfacts | Statement | EXPERT WITNESS STATEMENT | 2/23/2015 | Available |
| Arbitration | Certificate Of Compulsory Arbitration | CERTIFICATE OF COMPULSORY ARBITRATION | 2/23/2015 | Available |
| Receipt | All Money Receipts | All Money Receipts #2444865 | 2/12/2015 | Available |
| Answer | Answer/Response To Complaint | ANSWER OF DEFT TMC | 2/11/2015 | Available |
| Misc | Demand For Jury Trial | DEFT TMC'S DEMAND FOR JURY TRIAL | 2/11/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 2/2/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/29/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/29/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/28/2015 | Available |
| Notice | Notice Of Service | NOTICE OF SERVICE OF PLNTF'S DISCOVERY REQUESTS TO DEFT TMC | 1/21/2015 | Available |
| Receipt | All Money Receipts | All Money Receipts #2424967 | 12/30/2014 | Available |
| Arbitration | Certificate Of Compulsory Arbitration | Certificate Of Compulsory Arbitration | 12/30/2014 | Available |
| Cover Sheet | Cover Sheet For New Cases | Cover Sheet For New Cases | 12/30/2014 | Available |
| Open | Petition & Complaint | Petition & Complaint | 12/30/2014 | Available |
| Misc | Demand For Jury Trial | DEMAND FOR JURY TRIAL | 12/30/2014 | Available |
| Misc | Certificate Of Testimony/Opinion | CERTIFICATE RE EXPERT OPINION TESTIMONY | 12/30/2014 | Available |

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30 PM 5: 56

S. PETERSEN, DEPUTY

# HOLLINGSWORTH KELLY
ATTORNEYS
3901 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.8080
FAX 520.882.8638

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY, | Case No.:<br><br>**C 20146643** |
| Plaintiffs, | |
| vs. | **CERTIFICATE REGARDING EXPERT OPINION TESTIMONY** |
| TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V, | Assigned: Hon. **LESLIE B. MILLER** |
| Defendants. | |

Plaintiffs hereby certify, pursuant to A.R.S. § 12-2603, that expert opinion testimony is necessary to prove Defendants' standard of care.

/ / /

-1-

DATED this 30th day of December, 2014.

HOLLINGSWORTH KELLY, PLLC

By: _____

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
Mark D. Kamitomo
*Attorneys for Plaintiff*

-2-

# HOLLINGSWORTH KELLY
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.9090
FAX 520.882.0028

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX:   509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

*FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30  PM 5: 56

S. PETERSEN, DEPUTY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY, | Case No.: **C 20146643** |
| Plaintiffs, | |
| vs. | **DEMAND FOR JURY TRIAL** |
| TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V;  ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V, | **LESLIE B. MILLER** Assigned: Hon. |
| Defendants. | |

Plaintiffs, by and through counsel undersigned and pursuant to Rule 38(b), A.R.C.P., hereby request a trial by jury of all issues triable by right of jury in the above-

-1-

1 | entitled action.

2

3         DATED this 30th day of December , 2014.

4

5                                    **HOLLINGSWORTH KELLY, PLLC**

6                                    By:

7                                    Louis Hollingsworth

8                                    Michael F. Kelly

                                     John F. Kelly

9                                    Mark D. Kamitomo

                                   *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**HOLLINGSWORTH KELLY**
ATTORNEYS
3901 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.382.9090
FAX 520.882.9418

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30  PM 5: 56

S. PETERSEN, DEPUTY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY, <br><br> Plaintiffs, <br><br> vs. <br><br> TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V, XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V, <br><br> Defendants. | Case No.: **C 20146643** <br><br> **COMPLAINT** <br><br> **(Wrongful Death-Medical Malpractice)** <br><br> Assigned: Hon. <br><br> **LESLIE B. MILLER** |

Plaintiffs, by and through their counsel undersigned, for their cause of action, allege as follows:

-1-

HOLLINGSWORTH KELLY
ATTORNEYS
2601 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.5000
FAX 520.882.5015

1.    At all times material hereto, plaintiffs MANUEL CUEN, CRISTIAN CUEN, a minor, and VALERIA CAMPOY-HERRERA, a minor, were residents of Pima County, Arizona.

2.    Plaintiffs are the natural children of Armida Herrera, deceased.

3.    All events described herein occurred in Pima County, Arizona.

4.    At all times material hereto, defendant J. MANUEL ARREGUIN, M.D. ("ARREGUIN") was a resident of Pima County, Arizona.

5.    At all times material hereto, defendant ARREGUIN was a licensed healthcare provider as defined by A.R.S. § 12-561.

6.    At all times material hereto, defendant EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CLINIC, INC., dba EL RIO OB/GYN ASSOCIATES ("EL RIO") was an Arizona corporation doing business in Pima County, Arizona.

7.    At all times material hereto defendant EL RIO was a licensed healthcare provider as defined by A.R.S. § 12-561.

8.    At all times material hereto, and upon information and belief, defendant ARREGUIN was the apparent, ostensible, implied and/or express agent of and/or was an employee of defendant EL RIO and was acting within the course and scope of his employment or agency with EL RIO.

9.    At all times material hereto, defendant, ROGER OTTMAN, M.D. ("OTTMAN") was a resident of Pima County, Arizona.

10.    At and at all times material hereto, defendant OTTMAN was a licensed healthcare provider as defined by A.R.S. § 12-561.

11.    At all times material hereto, defendant EMCARE PHYSICIAN SERVICES, INC. ("EMCARE") was an Arizona corporation doing business in Pima County, Arizona.

12.    At all times material hereto defendant EMCARE was a licensed healthcare provider as defined by A.R.S. § 12-561.

-2-

13.   At all times material hereto, and upon information and belief, defendant OTTMAN was the apparent, ostensible, implied and/or express agent and/or was an employee of defendant EMCARE and was acting within the course and scope of his employment or agency with EMCARE.

14.   At all times material hereto defendant Tucson Medical Center (hereinafter "TMC") was an Arizona corporation licensed to do business in Pima County, Arizona.

15.   At all times material hereto, defendant TMC was a licensed healthcare provider as defined by A.R.S. § 12-561, operating as a full service hospital and medical center.

16.   At all times material hereto, and upon information and belief, defendants ARREGUIN and OTTMAN were the apparent, ostensible, implied and/or express agent of and/or were employees of defendant TMC.

17.   Defendant TMC was responsible for the operation of its health care facilities, the selection and supervision of its medical staff, including, but not limited to defendants ARREGUIN and OTTMAN, and for the quality of care rendered by its medical staff, including its nursing staff.

18.   On or about January 4, 2013 through January 12, 2013, defendants provided medical services to Armida Herrera.

19.   At all times material hereto, defendants TMC, EL RIO and EMCARE, held out to the public, and in particular, Armida Herrera, that they were equipped, qualified, and prepared to receive the public, and in particular, Armida Herrera, for treatment and care, and that they employed and maintained skilled and competent physicians, nurses, and, in general, competent help otherwise in the conduct and operation of said health care provider facilities.

20.   At all times material hereto, defendants had a duty to provide Armida Herrera with the services of competent, qualified, and licensed health care providers, to properly diagnose her conditions, to render competent advice and assistance in the care and treatment of her health, and to properly and timely perform medical or

-3-

1  surgical procedures and to render the same in accordance with the standards of care

2  in the community. Armida Herrera relied upon defendants' covenant to provide

3  competent care.

4      21.    At all times material hereto defendants, and each of them, including the

5  nurses employed by TMC, were negligent and fell below the applicable standard of

6  care in the community in the medical care, treatment, and surgery they rendered to

7  plaintiffs' mother, Armida Herrera.

8      22.    Armida Herrera suffered injuries and death as a direct and proximate

9  result of the negligence and medical malpractice of defendants and each of them.

10     23.    The actions, omissions and failures of defendants in their medical care

11  and treatment of Armida Herrera constitute medical malpractice as defined by A.R.S. §

12  12-561.

13     24.    Defendants John and Jane Does I-V are medical providers, including, but

14  not limited to, doctors, nurses, medical technicians, and employees of defendant

15  Tucson Medical Center, practicing in Pima County, Arizona, who assisted in providing

16  medical care to Armida Herrera.  All actions by defendants John and Jane Does I-V,

17  which are the subject of this litigation, were performed while defendants were agents,

18  servants, employees, assistants, or consultants with defendant Tucson Medical Center,

19  acting within their course and scope of employment.  These defendants negligently

20  performed such medical services.  This negligence was a breach of the duties these

21  fictitiously named defendants owed to Armida Herrera, and was the proximate cause of

22  injuries and death suffered by Armida Herrera.  These defendants are designated by

23  fictitious names pursuant to Rule 10(f) of the Arizona Rules of Civil Procedure, in that

24  their names are unknown to plaintiffs, by designating them under fictitious names,

25  plaintiffs preserve their right to assert a cause of action for medical negligence against

26  them.

27     25.    Defendants ABC Corporations I-V and XYZ LIMITED LIABILITY

28  COMPANIES/PARTNERSHIPS I-V are partnerships, corporations, or unincorporated

-4-

1   associations subject to suit in a common name, whose names or actions giving rise to

2   liability are unknown to plaintiffs and who are, therefore, designated by fictitious names

3   pursuant to Rule 10(f), Arizona Rules of Civil Procedure.  Each of these defendants

4   was negligent and proximately caused the injuries and death of Armida Herrera or are

5   otherwise legally responsible for her death.

6       26.    Plaintiffs suffered loss of normal care, comfort and companionship of their

7   mother, Armida Herrera, mental and emotional anguish, pain, grief and sorrow; and

8   loss of past and future financial support, benefit and services which might reasonably

9   have been expected from decedent.

10

11      WHEREFORE, in view of the foregoing, plaintiffs' pray for judgment against

12  defendants, and each of them, as follows:

13      1.    For compensatory damages as and for the costs incurred for funeral and

14  burial expenses as a result of the death of Armida Herrera; for loss of love, affection,

15  companionship, care, protection, grief, sorrow, anguish, stress and mental and

16  emotional suffering already experienced in the past and to be experienced in the

17  future; for past and future economic loss; and for past and future loss of earnings of

18  Armida Herrera in a fair and reasonable amount;

19      2.    For all costs incurred herein and;

20      3.    For such other and further relief as the Court deems just and proper.

22  DATED this 30th day of December, 2014.

23                          HOLLINGSWORTH KELLY, PLLC

25  By: _____
                          Louis Hollingsworth
26                        Michael F. Kelly
                          John F. Kelly
27                        Mark D. Kamitomo
                          *Attorneys for Plaintiff*

-5-

**In the Superior Court of the State of Arizona**
**In and For the County of Pima**

Case Number _____

CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

DEC 3 0 2014
C 20146643

LESLIE B. MILLER

Plaintiff's Attorney Hollingsworth/Kelly _____

Attorney Bar Number   SB#: 011534/022911
                       PCC#:26935/65747

Plaintiff's Name(s): (List all)              Plaintiff's Address:
Manuel Cuen, as surviving son of Armida      Hollingsworth Kelly
Herrera; Cristian Cuen, a minor, by and      3501 N. Campbell Avenue, Ste. 104
through his next friend, Adela Herrera; See Page 2    Tucson, Arizona 85719
(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)      Tucson Medical Center, an Arizona Corporation; J. Manuel Arreguin, M.D.; El
Rio Santa Cruz Neighborhood Health Clinic, Inc. dba El Rio OB/GYN Associates, an Arizona Corporation; See Page 2
_____

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT: ☐ Temporary Restraining Order      ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____
                                                        (Specify)
☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES. Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case"
as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a
substantial amount of documentary evidence, and a large number of separately represented parties.
(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

**NATURE OF ACTION**
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**TORT MOTOR VEHICLE:**
**X** Non-Death/Personal Injury
☐ Property Damage
☐ Wrongful Death
**TORT NON-MOTOR VEHICLE:**
☐ Negligence
☐ Product Liability – Asbestos
☐ Product Liability – Tobacco
☐ Product Liability – Toxic/Other
☐ Intentional Tort
☐ Property Damage
☐ Legal Malpractice
☐ Malpractice – Other professional
☐ Premises Liability
☐ Slander/Libel/Defamation
☐ Other (Specify) _____

**MEDICAL MALPRACTICE:**
☐ Physician M.D.          ☐ Hospital
☐ Physician D.O           ☐ Other
**CONTRACTS:**
☐ Account (Open or Stated)
☐ Promissory Note
☐ Foreclosure
☐ Buyer-Plaintiff
☐ Fraud
☐ Other Contract (i.e. Breach of Contract)
☐ Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
      ☐ Six to Nineteen Structures
      ☐ Twenty or More Structures

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30 PM 5: 56

S. PETERSEN, DEPUTY

# HOLLINGSWORTH KELLY
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.8040
FAX 520.882.0428

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY, | Case No.: <br><br> **C 20146643** |
| Plaintiffs, | |
| vs. | **CERTIFICATE REGARDING COMPULSORY ARBITRATION** |
| TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V, | Assigned:  **LESLIE B. MILLER** |
| Defendants. | |

Plaintiffs, by and through their undersigned attorneys, certify that they know the

dollar limits and other limitations set forth by the local rules of practice, and they further

-1-

certify that this case **is not subject** to compulsory arbitration as provided by Rule
72(e), A.R.C.P, and Rule 3.9, Pima County Superior Court Local Rules.

DATED this 30ᵗʰ day of _December_, 2014.

**HOLLINGSWORTH KELLY, PLLC**

By: _[signature]_

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
Mark D. Kamitomo
*Attorneys for Plaintiff*

**Copy of the foregoing served upon
Defendants along with Summons and Complaint**

-2-

 

### *Pima County Clerk of Superior Court*
### *Tucson, Arizona*

| | | Receipt Number: | 2424967 |
|---|---|---|---|
| Received for: | MANUEL CUEN | Date: | 12/30/2014 |
| Received from: | HOLLINGSWORTH LAW FIRM PC | Case Number: | C20146643 |
| Amount Received: | $244.00 | Clerk Number: | 315 |

Caption:  MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL.

Cash: $0.00          Check: $244.00          Charge: $0.00          ACH: $0.00

*Begin Financial Docket*

Civil Complaint                                                     $244.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
1-21-15
2015 JAN 22 AM 5:36

J. WHITNELL, DEPUTY

**HOLLINGSWORTH KELLY**
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.8080
FAX 520.882.0438

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,<br><br>Plaintiffs,<br><br>vs.<br><br>TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,<br><br>Defendants. | Case No.: C20146643<br><br>NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT TUCSON MEDICAL CENTER<br><br><br><br><br><br>Assigned: Hon. Leslie B. Miller |

NOTICE IS HEREBY GIVEN that plaintiffs will serve, via service of process, personally upon defendant TUCSON MEDICAL CENTER, an original and a copy

-1-

1   of each of the following discovery requests:  1.  Non-Uniform Interrogatories (Nos.

2   1-15; and 2.  Requests for Production (Nos. 1-12).

3

4

5   DATED this 21 day of January, 2015.

6

7   HOLLINGSWORTH KELLY, PLLC

8   By:

9   Louis Hollingsworth
    Michael F. Kelly
10  John F. Kelly
    Mark D. Kamitomo
11  *Attorneys for Plaintiff*

12

13  **Original** of the foregoing filed with
    the Clerk of Pima County Superior Court
14  this 21 day of January, 2015.

15

16

17  **Copy** of the foregoing served upon
    Defendant TUCSON MEDICAL CENTER
18  with Summons and Complaint

19

20

21

22

23

24

25

26

27

28

-2-

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

15 JAN 28  PM 1:5i

JAN 2 8 2015

S. GRAHAM, DEPUTY
Pamela Johnson

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

MANUEL CUEN

VS.

TUCSON MEDICAL CENTER, an Arizona corporation

STATE OF ARIZONA
PIMA COUNTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY from HOLLINGSWORTH KELLY

On 1/22/2015 at 2:46 PM at 3480 E. BRITTANIA, TUCSON, AZ 85745 I served EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC,, DBA EL RIO OB/GYN ASSOCIATES, AN ARIZONA CORPORATION,  BY SERVICE UPON ITS STATUTORY AGENT KATHY BYRNE with the above listed documents by then and there personally delivering a true and correct copy of the documents by leaving with Celia Hightower whose relationship is Other Officer.

Physical description of person served: Gender: Female Race: WHITE Age: 50 Height: 5'6" Weight: 120 LBS Hair: BLONDE Eyes:

CIVIL

Subscribed and sworn before me, a Notary Public,
this 27th day of January, 2015

Patricia Cervantez, Notary Public
My Commision expires on: 11/5/2015

Carter-Thaxton Smith                         Affiant

Sworn before me on 1/27/2015

Service - Routine        $ 16.00
Mileage           $ 50.40

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov.

P123183 - 13-023

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Manuel Cuen, as surviving son of Armida Herrera;
Cristian Cuen, a minor, by and through his next friend,
Adela Herrera; Valeria Campoy-Herrera, a minor, by and
through her next friend, Rigoberto Campoy
        Plaintiffs,

v.

Tucson Medical Center, an Arizona Corp.; J. Manuel
Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health
Center, Inc. dba El Rio OB/GYN Associates, an Arizona Corp.,
Roger Ottman, M.D.; Emcare Physician Services, Inc., an
Arizona Corp.; John Does I-V; Jane Does I-V; ABC
Corporations I-V; XYZ Limited Liability Companies/
Partnerships I-V,
        Defendants.

**C 20146643**

**CIVIL SUMMONS**

(Assigned: **LESLIE B. MILLER** )

---

**THE STATE OF ARIZONA to Defendant: El Rio Santa Cruz Neighborhood Health Center, Inc.**
          **c/o Kathy Byrne, Statutory Agent**
          **839 W. Congress St.**
          **Tucson, AZ 85745**

I   A lawsuit has been filed against you.

II  If you do not want a Judgment taken against you for the relief demanded in the accompanying
    Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W.
    Congress, Tucson, Arizona, 85701, accompanied by the necessary filing fee. A copy of the Response
    must also be mailed to the Plaintiff/attorney whose name appears below.

III The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within
    the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the
    State of Arizona.

IV This is a legal document. If you do not understand its consequences, you should seek the advice of an
    attorney.

WITNESS My Hand and Seal of the Superior Court.

**TONI L. HELLON**

**DEC 3 0 2014**

DATED: _____    By _____
                             Deputy Clerk

Attorney's Name, Address, Phone:
**Louis Hollingsworth (PCC #26935/SB #011534)**
**Michael F. Kelly (PCC #65747/ SB #022911)**
**John F. Kelly, (PCC #30884/ SB #004109)**
**HOLLINGSWORTH KELLY, PLLC**
**3501 N. Campbell Avenue, Suite 104**
**Tucson, AZ 85719-2032   (520) 882-8080**

REQUESTS FOR REASONABLE
ACCOMMODATION FOR PERSONS WITH
DISABILITIES MUST BE MADE TO THE
COURT BY PARTIES AT LEAST THREE
WORKING DAYS IN ADVANCE OF A
SCHEDULED COURT PROCEEDING.

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

MANUEL CUEN

VS.

TUCSON MEDICAL CENTER, an Arizona corporation

STATE OF ARIZONA
PIMA COUNTY



FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
2015 JAN 29  PM 4: 54
& WHITNELL, DEPUTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE REGARDING COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY; CIVIL COVER SHEET from HOLLINGSWORTH KELLY

On 1/27/2015 at 2:44 PM at 225 W. Irvington Rd., Tucson, AZ 85714 I served J. MANUEL ARREGUIN, M.D. with the above listed documents by then and there personally delivering a true and correct copy of the documents.

Physical description of person served: Gender: Male Race: Hispanic Age: 49 Height: 6'2 Weight: 195 Hair: Salt and Pepper Eyes:Brown

CIVIL

Subscribed and sworn before me, a Notary Public,
this 28th day of January, 2015

Patricia Gonzalez, Notary Public
My Commission Expires:
Service:
Mileage:
Notary:
TOTAL:

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 5, 2015



Don Adelman                                          Affiant

Sworn before me on 1/28/2015

CIVIL

P106194 - 13-023

**ARIZONA SUPERIOR COURT, PIMA COUNTY**

| | |
|---|---|
| Manuel Cuen, as surviving son of Armida Herrera; Cristian Cuen, a minor, by and through his next friend, Adela Herrera;Valeria Campoy-Herrera, a minor, by and through her next friend, Rigoberto Campoy<br>Plaintiffs,<br><br>v.<br><br>Tucson Medical Center, an Arizona Corp.; J. Manuel Arreguin, M.D.; El Rio SantaCruz Neighborhood Health Center, Inc. dba El Rio OB/GYN Associates, an Arizona Corp., Roger Ottman, M.D.; Emcare Physician Services, Inc., an Arizona Corp; John Does I-V; Jane Does I-V; ABC Corporations I-V; XYZ Limited Liability Companies/ Partnerships I-V,<br>Defendants. | C 20146643<br><br>**CIVIL SUMMONS**<br><br><br><br>(Assigned:  **LESLIE B. MILLER**) |

THE STATE OF ARIZONA to Defendant:          **J. MANUEL ARREGUIN, M.D.**
                                                                            **225 W. Irvington Rd.**
                                                                            **Tucson, AZ  85714**

I    A lawsuit has been filed against you.

II   If you do not want a Judgment taken against you for the relief demanded in the accompanying Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W. Congress, Tucson, Arizona, 85701, accompanied by the necessary filing fee.  A copy of the Response must also be mailed to the Plaintiff/attorney whose name appears below.

III  The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the State of Arizona.

IV   This is a legal document.  If you do not understand its consequences, you should seek the advice of an attorney.

WITNESS My Hand and Seal of the Superior Court.    **TONI L. HELLON**          DEC 3 0 2014

DATED: _____          By: _____
                                                                                              Deputy Clerk

Attorney's Name, Address, Phone:
Louis Hollingsworth (PCC #26935/SB #011534)
Michael F. Kelly (PCC #65747/ SB #022911)
John F. Kelly, (PCC #30884/ SB #004109)
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Avenue, Suite 104
Tucson, AZ 85719-2032
(520) 882-8080

REQUESTS FOR REASONABLE
ACCOMMODATION FOR PERSONS WITH
DISABILITIES MUST BE MADE TO THE
COURT BY PARTIES AT LEAST THREE
WORKING DAYS IN ADVANCE OF A
SCHEDULED COURT PROCEEDING.

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

**MANUEL CUEN, AS SURVIVING SON**

VS.

**TUCSON MEDICAL CENTER**

STATE OF ARIZONA
PIMA COUNTY

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 JAN 29  PM 4:53

G WHITNELL, DEPUTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS;  COMPLAINT; CERTIFICATE REGARDING COMPULSORY ARBITRATION; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY; DEMAND FOR JURY TRIAL from HOLLINGSWORTH KELLY

On 1/23/2015 at 10:00 AM at 2338 W. ROYAL PALM ROAD, # STE. J PHOENIX, AZ 85021 I served EMCARE PHYSICIAN SERVICES, INC., AN ARIZONA CORPORATION, BY SERVICE UPON ITS STATUTORY AGENT, CORPORATION SERVICE COMPANY with the above listed documents by then and there personally delivering a true and correct copy of the documents  to ANDREA INFANTE whose relationship is SERVICE OF PROCESS.

Physical description of person served: Gender: Female Race: WHITE Age: 21 Height: 5'7 Weight: 130 LBS Hair: BROWN Eyes: GREEN

**CIVIL**

Subscribed and sworn before me, a Notary Public,
this 27th day of January, 2015.

Patricia Carpenter Notary Public
My Commission expires on: 11/5/2015
OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 5, 2015

Lisa M. Macaluso                          Affiant

Sworn before me on 1/27/2015

**CIVIL**



P108166 - 13-023

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 FEB -2 PM 5:23

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

J. WHITNELL, DEPUTY

**MANUEL CUEN**
   VS.

Case No.:C20146643

**TUCSON MEDICAL CENTER, an Arizona corporation**

AFFIDAVIT OF SERVICE

STATE OF ARIZONA
PIMA COUNTY

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY from HOLLINGSWORTH KELLY

On 1/29/2015 at 10:44 AM at 5301 E. Grant Road, Tucson, AZ 85712 I served ROGER OTTMAN, M.D. with the above listed documents by then and there personally delivering a true and correct copy of the documents.

Physical description of person served: Gender: Male Race: WHITE Age: 60 Height: 5'9" Weight: 170 LBS Hair: GRAY Eyes:BLUE

## CIVIL

Subscribed and sworn before me, a Notary Public,
this 30th day of January, 2015.

Patricia Cervantez, Notary Public
My Commission Expires 11/5/2018
Service Fees:

Notary     $ 10.00

TOTAL:    $ 50.00

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 5, 2018

Darin R. Clark           Affiant

Sworn before me on 1/30/2015

P106172 - 13-023



## ARIZONA SUPERIOR COURT, PIMA COUNTY

Manuel Cuen, as surviving son of Armida Herrera;
Cristian Cuen, a minor, by and through his next friend,
Adela Herrera; Valeria Campoy-Herrera, a minor, by and
through her next friend, Rigoberto Campoy

               Plaintiffs,

v.

Tucson Medical Center, an Arizona Corp.; J. Manuel
Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health
Center, Inc. dba El Rio OB/GYN Associates, an Arizona Corp.,
Roger Ottman, M.D.; Emcare Physician Services, Inc., an
Arizona Corp.; John Does I-V; Jane Does I-V; ABC
Corporations I-V; XYZ Limited Liability Companies/
Partnerships I-V,

               Defendants.

**C 20146643**

**CIVIL SUMMONS**

(Assigned:    **LESLIE B. MILLER**

---

**THE STATE OF ARIZONA** to Defendant:    ROGER OTTMAN, M.D.
                                 5301 E. Grant Rd.
                                 Tucson, AZ 85712

I    A lawsuit has been filed against you.

II    If you do not want a Judgment taken against you for the relief demanded in the accompanying Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W. Congress, Tucson, Arizona, 85701, accompanied by the necessary filing fee. A copy of the Response must also be mailed to the Plaintiff/attorney whose name appears below.

III    The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the State of Arizona.

IV    This is a legal document. If you do not understand its consequences, you should seek the advice of an attorney.

                                                                 DEC 3 0 2014

WITNESS My Hand and Seal of the Superior Court.    **TONI L. HELLON**

DATED: _____    By: _____
                                              Deputy Clerk

Attorney's Name, Address, Phone:
Louis Hollingsworth (PCC #26935/SB #011534)
Michael F. Kelly (PCC #65747/ SB #022911)
John F. Kelly, (PCC #30884/ SB #004109)
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Avenue, Suite 104
Tucson, AZ 85719-2032
(520) 882-8080

REQUESTS FOR REASONABLE
ACCOMMODATION FOR PERSONS WITH
DISABILITIES MUST BE MADE TO THE
COURT BY PARTIES AT LEAST THREE
WORKING DAYS IN ADVANCE OF A
SCHEDULED COURT PROCEEDING.



1  **CAVETT & FULTON**
    A Professional Corporation
2   6035 E. Grant Road
    Tucson, AZ  85712
3   (520) 733-0100
    (520) 733-1800  Facsimile
4   E-mail: Dan@CavettandFulton.com
    E-mail: Anne@CavettandFulton.com
5
    Dan Cavett, State Bar 002903; PCC 8640
6   Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
    Attorney for Defendant Tucson Medical Center
7
8              IN THE SUPERIOR COURT OF THE STATEOF ARIZONA

9                    IN AND FOR THE COUNTY OF PIMA

10  MANUEL CUEN, as surviving son of     )
    ARMIDA HERRERA; CRISTIAN CUEN, a     )   NO. C2014-6643
11  minor, by and through his next friend, )
    ADELA HERRERA; VALERIA CAMPOY-        )
12  HERRERA, a minor, by and through her  )   **DEFENDANT TUCSON MEDICAL**
    next friend, RIGOBERTO CAMPOY,        )   **CENTER'S DEMAND FOR JURY**
13                                        )   **TRIAL**
                                          )
14          Plaintiffs,                   )
                                          )
15  vs.                                   )
                                          )   Assigned to
16  TUCSON MEDICAL CENTER, an             )   Judge Leslie B. Miller
    Arizona Corporation; J. MANUEL        )
17  ARREGUIN, M.D., EL RIO SANTA CRUZ     )
    NEIGHBORHOOD HEALTH CENTER,           )
18  INC., dba EL RIO OB/GYN               )
    ASSOCIATES, an Arizona Corporation;   )
19  ROGER OTTMAN, M.D., EMCARE            )
    PHYSICIAN SERVICES, INC., an          )
20  Arizona Corporation; JOHN DOES I-V;   )
    JANE DOES I-V; ABC CORPORATIONS       )
21  I-V; XYZ LIMITED LIABILITY            )
    COMPANIES/PARTNERSHIPS I-V,           )
22                                        )
23          Defendants.                   )
                                          )
24

25     Defendant  Tucson  Medical  Center  ("TMC"),  by  and  through  counsel

26  undersigned, hereby demands a trial by jury on all claims on which the right to trial

27  exists.

28
                                      1

DATED this ___11th___ day of February, 2015.

CAVETT & FULTON, P.C.

_____
Anne M. Fulton-Cavett
Attorneys for Defendant Tucson Medical Center

ORIGINAL of the foregoing filed with the Court of Record and
COPY served by First-Class Mail this ___11th___ day of February, 2015 to:

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Ave., Ste. 104
Tucson, AZ  85719
*Attorneys for Plaintiffs*

Mark D. Kamitomo
THE MARKHAM GROUP, INC., P.S.
421 W. Riverside, Ste. 1060
Spokane, WA  99201
*Co-Counsel for Plaintiffs*

Angie Rathbun

2

**CAVETT & FULTON**
A Professional Corporation
6035 E. Grant Road
Tucson, AZ 85712
(520) 733-0100
(520) 733-1800  Facsimile
E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com

Dan Cavett, State Bar 002903; PCC 8640
Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorney for Defendant Tucson Medical Center

FILED
2-16 2015
TONI L. HELLON, Clerk
Deputy
Joel F. Whitney

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

MANUEL CUEN, as surviving son of
ARMIDA HERRERA; CRISTIAN CUEN, a
minor, by and through his next friend,
ADELA HERRERA; VALERIA CAMPOY-
HERRERA, a minor, by and through her
next friend, RIGOBERTO CAMPOY,

              Plaintiffs,

vs.

TUCSON MEDICAL CENTER, an
Arizona Corporation; J. MANUEL
ARREGUIN, M.D., EL RIO SANTA CRUZ
NEIGHBORHOOD HEALTH CENTER,
INC., dba EL RIO OB/GYN
ASSOCIATES, an Arizona Corporation;
ROGER OTTMAN, M.D., EMCARE
PHYSICIAN SERVICES, INC., an
Arizona Corporation; JOHN DOES I-V;
JANE DOES I-V; ABC CORPORATIONS
I-V; XYZ LIMITED LIABILITY
COMPANIES/PARTNERSHIPS I-V,

              Defendants.

NO. C2014-6643

**ANSWER OF DEFENDANT TUCSON
MEDICAL CENTER**

Assigned to
Judge Leslie B. Miller

CIVIL

        Defendant Tucson Medical Center ("TMC"), by and through counsel

undersigned, for its Answer to Plaintiffs' Complaint, states as follows:

1

1.      Defendant TMC is without sufficient information in order to form a belief concerning the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 18 and 26 of Plaintiffs' Complaint and, therefore, denies the same.

2.      Regarding Plaintiffs' Complaint, Paragraphs 14, 15, 17, 19, 20 and 21, Defendant TMC admits only that it is a licensed healthcare provider as defined by A.R.S. § 12-561, that it conducts business within Pima County and that its principal place of business is located in Tucson, Arizona.  The remaining allegations of said paragraphs are denied.

3.      Defendant TMC denies the allegations contained in Paragraphs 16, 22, 23, 24 and 25 of Plaintiffs' Complaint.

4.      Defendant TMC denies any and all allegations contained in Plaintiffs' Complaint not heretofore specifically admitted.

5.      Defendant TMC affirmatively alleges the defenses of contributory negligence, comparative negligence, and assumption of the risk.

6.      The injuries or damage sustained by the Plaintiffs were caused in whole or in part by the fault of the Plaintiffs and/or by the fault of other parties and/or by the fault of non-parties, pursuant to A.R.S. § 12-2506(B).

7.      Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

8.      Although Defendant TMC presently does not have facts in support of the remaining defenses, it wishes to put Plaintiffs upon notice that it may raise the following affirmative defenses:  abatement under Rule 6(f); lack of jurisdiction over the subject matter; lack of jurisdiction over the person; accord and satisfaction; arbitration

2

1  and award; duress; estoppels; laches; fraud; illegality; payment; release; *res judicata*;

2  insufficiency of process; insufficiency of service of process; and waiver.

3        WHEREFORE, Defendant TMC prays for judgment on Plaintiffs' Complaint, for

4  its costs, and for such other relief as the Court deems just and proper.

5

6        DATED this ___11th___ day of February, 2015.

7

8                          CAVETT & FULTON, P.C.

9

10

11                         Anne M. Fulton-Cavett
                           Attorneys for Defendant Tucson Medical Center
12

13

14  ORIGINAL of the foregoing filed with the Court of Record and
    COPY served by First-Class Mail this ___11th___ day of February, 2015 to:
15

16  Louis Hollingsworth
    Michael F. Kelly
17  John F. Kelly
    HOLLINGSWORTH KELLY, PLLC
18  3501 N. Campbell Ave., Ste. 104
    Tucson, AZ  85719
19  *Attorneys for Plaintiffs*

20  Mark D. Kamitomo
21  THE MARKHAM GROUP, INC., P.S.
    421 W. Riverside, Ste. 1060
22  Spokane, WA  99201
    *Co-Counsel for Plaintiffs*
23

24

25

26

27

28

                                    3

 

### *Pima County Clerk of Superior Court*
### *Tucson, Arizona*

| | | | |
|---|---|---|---|
| | | Receipt Number: | 2444865 |
| Received for: | TUCSON MEDICAL CENTER | Date: | 2/12/2015 |
| Received from: | CAVETT & FULTON | Case Number: | C20146643 |
| Amount Received: | $162.00 | Clerk Number: | 2,553 |

Caption:  MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL.

Cash: $0.00            Check: $162.00            Charge: $0.00            ACH: $0.00

*Begin Financial Docket*

Answer (Jury-eligible)                                          $162.00      PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

❖ **Holden & Armer, P. C.**

Scott A. Holden, Esq. State Bar No. 013265
DeeDee Armer Holden, Esq. State Bar No. 014315
6101 South Rural Road, Suite 112
Tempe, Arizona 85283
(480) 656-0460
*Attorneys for Defendants Roger Ottman, M.D. and*
*EmCare Physician Services, Inc.*

15   FEB 23   02/23/15

BY _____
    DEPUTY
              RICHARD JOHNSON

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

MANUEL CUEN, as surviving son of
ARMIDA HERRERA; CRISTIAN CUEN, a
minor, by and through his next friend, ADELA
HERRERA; VALERIA CAMPOY-HERRERA,
a minor, by and through her next friend,
RIGOBERTO CAMPOY,

            Plaintiff,

v.

TUCSON MEDICAL CENTER, an Arizona
Corporation; J. MANUEL ARREGUIN, M.D.;
EL RIO SANTA CRUZ NEIGHBORHOOD
HEALTH CENTER, INC. dba EL RIO
OB/GYN ASSOCIATES, and Arizona
Corporation; ROGER OTTMAN, M.D.;
EMCARE PHYSICIAN SERVICES, INC., an
Arizona Corporation; JOHN DOES I-V; JANE
DOES I-V; ABC CORPORATIONS I-V, XYZ
LIMITED LIABILITY
COMPANIES/PARTNERSHIPS I-V,

            Defendants.

Case No.: CV2014-6643

**CERTIFICATE OF COMPULSORY
ARBITRATION**

*(Assigned to the
Honorable Leslie B. Miller)*

Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through

undersigned counsel, hereby assert that they lack sufficient information to form an opinion

1  regarding whether this matter is or is not subject to compulsory arbitration.  Defendants can

2  only agree that based upon the assertion of Plaintiffs that this case is not subject to arbitration.

3     **RESPECTFULLY SUBMITTED** this 18ᵗʰ day of February, 2015.

4

5                                   **HOLDEN & ARMER, P.C.**

6

7                          By: _____
                               Scott A. Holden, Esq.
8                              DeeDee Armer Holden, Esq.
                               6101 South Rural Road, Ste. 112
9                              Tempe, Arizona 85283
                               *Attorneys for Roger Ottman, M.D. and*
10                             *EmCare Physician Services, Inc.*

11

12  **ORIGINAL** filed with the Clerk of
    Pima County Superior Court
13  this 18ᵗʰ day of February, 2015.

14
    **COPIES** mailed this same date to:
15
    Louis Hollingsworth. Esq.
16  Michael F. Kelly, Esq.
    HOLLINGSWORTH KELLY ATTORNEYS
17  3501 North Campbell, Suite 104
    Tucson, Arizona 85719-2032
18  *Attorneys for Plaintiff*
19
    John F. Kelly, Esq.
20  Mark D. Kamitomo, Esq.
    THE MARKUM GROUP, INC., P.S.
21  421 West Riverside Avenue, Suite 1060
    Spokane, Washington 99201
22  *Attorneys for Plaintiff*
23

24

25  _____

26



                                            2

1

❖ **Holden & Armer, P. C.**

2

Scott A. Holden, Esq. State Bar No. 013265

3

DeeDee Armer Holden, Esq. State Bar No. 014315
6101 South Rural Road, Suite 112

4

Tempe, Arizona 85283
(480) 656-0460

5

*Attorneys for Defendants Roger Ottman, M.D. and*

6

*EmCare Physician Services, Inc.*



7

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8

**IN AND FOR THE COUNTY OF PIMA**

9

10

MANUEL CUEN, as surviving son of
ARMIDA HERRERA; CRISTIAN CUEN, a

11

minor, by and through his next friend, ADELA
HERRERA; VALERIA CAMPOY-HERRERA,

12

a minor, by and through her next friend,
RIGOBERTO CAMPOY,

13

14

                    Plaintiff,

15

v.

16

TUCSON MEDICAL CENTER, an Arizona
Corporation; J. MANUEL ARREGUIN, M.D.;

17

EL RIO SANTA CRUZ NEIGHBORHOOD
HEALTH CENTER, INC. dba EL RIO

18

OB/GYN ASSOCIATES, and Arizona

19

Corporation; ROGER OTTMAN, M.D.;
EMCARE PHYSICIAN SERVICES, INC., an

20

Arizona Corporation; JOHN DOES I-V; JANE
DOES I-V; ABC CORPORATIONS I-V, XYZ

21

LIMITED LIABILITY

22

COMPANIES/PARTNERSHIPS I-V,

23

                    Defendants.

Case No.: CV2014-6643

**EXPERT WITNESS STATEMENT
PURSUANT TO A.R.S. §12-2603**

*(Assigned to the
Honorable Leslie B. Miller)*

24

25

        Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through

26

undersigned counsel, hereby file their A.R.S. §12-2603 Statement and assert that expert

witness testimony **will** be necessary for Plaintiffs to prove the applicable standard of care and

1  all elements of liability.   Plaintiff has filed to file their A.R.S. §12-2603 Statement

2  notwithstanding requests to do so by undersigned defendants.

3       **RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

4

5                    **HOLDEN & ARMER, P.C.**

6

7       By: _Du Du Holdu_
                         Scott A. Holden, Esq.
8                        DeeDee Armer Holden, Esq.
                         6101 South Rural Road, Ste. 112
9                        Tempe, Arizona  85283
                         *Attorneys for Roger Ottman, M.D. and*
10                       *EmCare Physician Services, Inc.*

11

12 **ORIGINAL** filed with the Clerk of
   Pima County Superior Court
13 this 18th day of February, 2015.

14
   **COPIES** mailed this same date to:
15
   Louis Hollingsworth. Esq.
16 Michael F. Kelly, Esq.
   HOLLINGSWORTH KELLY ATTORNEYS
17 3501 North Campbell, Suite 104
   Tucson, Arizona 85719-2032
18
   *Attorneys for Plaintiff*
19

20 John F. Kelly, Esq.
   Mark D. Kamitomo, Esq.
21 THE MARKUM GROUP, INC., P.S.
   421 West Riverside Avenue, Suite 1060
22 Spokane, Washington 99201
   *Attorneys for Plaintiff*
23

24

25       _TM_
26  _____

                              2

1   ❖ **Holden & Armer, P. C.**

2   Scott A. Holden, Esq. State Bar No. 013265

3   DeeDee Armer Holden, Esq. State Bar No. 014315
    6101 South Rural Road, Suite 112

4   Tempe, Arizona 85283
    (480) 656-0460

5   *Attorneys for Defendants Roger Ottman, M.D. and*

6       *EmCare Physician Services, Inc.*

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8           **IN AND FOR THE COUNTY OF PIMA**

9

10  MANUEL CUEN, as surviving son of
    ARMIDA HERRERA; CRISTIAN CUEN, a     Case No.: CV2014-6643

11  minor, by and through his next friend, ADELA
    HERRERA; VALERIA CAMPOY-HERRERA,     **JURY DEMAND**

12  a minor, by and through her next friend,
    RIGOBERTO CAMPOY,

13                       *(Assigned to the*

14        Plaintiff,           *Honorable Leslie B. Miller)*

15  v.

16  TUCSON MEDICAL CENTER, an Arizona
    Corporation; J. MANUEL ARREGUIN, M.D.;

17  EL RIO SANTA CRUZ NEIGHBORHOOD
    HEALTH CENTER, INC. dba EL RIO

18  OB/GYN ASSOCIATES, and Arizona
    Corporation; ROGER OTTMAN, M.D.;

19  EMCARE PHYSICIAN SERVICES, INC., an

20  Arizona Corporation; JOHN DOES I-V; JANE
    DOES I-V; ABC CORPORATIONS I-V, XYZ

21  LIMITED LIABILITY

22  COMPANIES/PARTNERSHIPS I-V,

23        Defendants.

24

25      Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through

26  undersigned counsel, hereby demand trial by jury on all issues herein.

**RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

**HOLDEN & ARMER, P.C.**

By: _____
      Scott A. Holden, Esq.
      DeeDee Armer Holden, Esq.
      6101 South Rural Road, Ste. 112
      Tempe, Arizona 85283
      *Attorneys for Roger Ottman, M.D. and*
      *EmCare Physician Services, Inc.*

**ORIGINAL** filed with the Clerk of
Pima County Superior Court
this 18th day of February, 2015.

**COPIES** sent this same date to:

Louis Hollingsworth, Esq.
Michael F. Kelly, Esq.
HOLLINGSWORTH KELLY ATTORNEYS
3501 North Campbell, Suite 104
Tucson, Arizona 85719-2032
*Attorneys for Plaintiff*

John F. Kelly, Esq.
Mark D. Kamitomo, Esq.
THE MARKUM GROUP, INC., P.S.
421 West Riverside Avenue, Suite 1060
Spokane, Washington 99201
*Attorneys for Plaintiff*

_____

2

1  ❖ Holden & Armer, P.C.

2  Scott A. Holden, Esq. State Bar No. 013265

3  DeeDee Armer Holden, Esq. State Bar No. 014315
   6101 South Rural Road, Suite 112

4  Tempe, Arizona 85283
   (480) 656-0460

5  *Attorneys for Defendants Roger Ottman, M.D. and*

6     *EmCare Physician Services, Inc.*

7          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF PIMA

9
   MANUEL CUEN, as surviving son of
10 ARMIDA HERRERA; CRISTIAN CUEN, a            Case No.: CV 2014-6643
   minor, by and through his next friend, ADELA
11 HERRERA; VALERIA CAMPOY-HERRERA,
   a minor, by and through her next friend,             **DEFENDANTS'**
12 RIGOBERTO CAMPOY,                            **NOTICE OF INTENT TO USE**
                                                **AUDIO/VIDEO TECHNOLOGY**
13
                 Plaintiff,
14                                                  *(Assigned to the*
   v.                                           *Honorable Leslie B. Miller)*
15
   TUCSON MEDICAL CENTER, an Arizona
16 Corporation; J. MANUEL ARREGUIN, M.D.;
   EL RIO SANTA CRUZ NEIGHBORHOOD
17 HEALTH CENTER, INC. dba EL RIO
   OB/GYN ASSOCIATES, and Arizona
18 Corporation; ROGER OTTMAN, M.D.;
   EMCARE PHYSICIAN SERVICES, INC., an
19 Arizona Corporation; JOHN DOES I-V; JANE
   DOES I-V; ABC CORPORATIONS I-V, XYZ
20 LIMITED LIABILITY
   COMPANIES/PARTNERSHIPS I-V,
21
22               Defendants.
23
24
         Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through
25
   undersigned counsel, hereby give notice of their intent to use audio/video technology to
26

1  display deposition testimony and/or trial exhibits at trial. This may include, but is not limited

2  to, the use of Trial Director, PowerPoint software, and Zygote Body.

3       **RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

4

5                           **HOLDEN & ARMER, P.C.**

6

7             By: _____
                   Scott A. Holden, Esq.
8                  DeeDee Armer Holden, Esq.
                   6101 South Rural Road, Ste. 112
9                  Tempe, Arizona  85283
                   *Attorneys for Roger Ottman, M.D. and*
10                 *EmCare Physician Services, Inc.*

11

12  **ORIGINAL** filed with the Clerk of
    Pima County Superior Court
13  this 18th day of February, 2015.

14
    **COPIES** sent this same date to:
15
    Louis Hollingsworth. Esq.
16  Michael F. Kelly, Esq.
17  HOLLINGSWORTH KELLY ATTORNEYS
    3501 North Campbell, Suite 104
18  Tucson, Arizona 85719-2032
19  *Attorneys for Plaintiff*

20  John F. Kelly, Esq.
    Mark D. Kamitomo, Esq.
21  THE MARKUM GROUP, INC., P.S.
22  421 West Riverside Avenue, Suite 1060
    Spokane, Washington 99201
23  *Attorneys for Plaintiff*

24

25      _____

26

                                    2

 

### *Pima County Clerk of Superior Court*
### *Tucson, Arizona*

| | | | |
|---|---|---|---|
| | | Receipt Number: | 2450263 |
| Received for: | OTTMAN | Date: | 2/24/2015 |
| Received from: | HOLDEN & ARMER | Case Number: | C20146643 |
| Amount Received: | $162.00 | Clerk Number: | 211 |

Caption:  MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL.

Cash: $0.00          Check: $162.00          Charge: $0.00          ACH: $0.00

*Begin Financial Docket*

Answer (Jury-eligible)                                        $162.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

**CAVETT & FULTON**
A Professional Corporation
6035 E. Grant Road
Tucson, AZ 85712
(520) 733-0100
(520) 733-1800 Facsimile
E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com

Dan Cavett, State Bar 002903; PCC 8640
Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorneys for Defendant Tucson Medical Center

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 MAR 23 PM 1:33

K. YLVISAKER, DEPUT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

MANUEL CUEN, as surviving son of) NO.   C2014-6643
ARMIDA HERRERA; CRISTIAN CUEN, a)
minor, by and through his next friend,)
ADELA HERRERA; VALERIA CAMPOY-)
HERRERA, a minor, by and through her)
next friend, RIGOBERTO CAMPOY,

            Plaintiffs,

vs.                                          **NOTICE OF COMPLIANCE**

TUCSON MEDICAL CENTER, an Arizona)
Corporation; J. MANUEL ARREGUIN,)
M.D.; EL RIO SANTA CRUZ)
NEIGHBORHOOD HEALTH CENTER,)
INC., dba EL RIO OB/GYN)
ASSOCIATES, an Arizona Corporation;)      Assigned to
ROGER OTTMAN, M.D., EMCARE)               Judge Leslie B. Miller
PHYSICIAN SERVICES, INC., an Arizona)
Corporation; JOHN DOES I-V; JANE)
DOES I-V; ABC CORPORATIONS I-V;)
XYZ LIMITED LIABILITY)
COMPANIES/PARTNERSHIPS I-V,

            Defendants.

        Defendant Tucson Medical Center, by and through counsel undersigned, pursuant to

Rule 26.1(b)(1), *Arizona Rules of Civil Procedure*, hereby serve notice that they have

complied with Rule 26.2, *Arizona Rules of Civil Procedure*, and have provided counsel for

Plaintiffs and Co-Defendants, by mail, Armida Herrera's medical records and films.

1 | DATED this _20_ day of March, 2015.

2 |                        CAVETT & FULTON, P.C.

3

4

5 |                        Anne M. Fulton-Cavett, Attorneys for
                       Defendant Tucson Medical Center

6

7 | COPY of the foregoing mailed this

8 | _20_ day of March, 2015 to:

9 | Louis Hollingsworth
Michael F. Kelly

10 | John F. Kelly
HOLLINGSWORTH KELLY, PLLC

11 | 3501 N. Campbell Ave., Ste. 104
Tucson, AZ 85719

12 | *Co-Counsel for Plaintiffs*

13 | Mark D. Kamitomo
THE MARKHAM GROUP, INC., P.S.

14 | 421 W. Riverside, Ste. 1060
Spokane, WA 99201

15 | *Co-Counsel for Plaintiffs*

16 | Scott A. Holden
DeeDee Armer Holden

17 | HOLDEN & ARMER, PC
6101 S. Rural Road, Suite 112

18 | Tempe, AZ 85283
*Attorneys for Defendants Roger Ottman, MD,*

19 |    *and EmCare Physician Services, Inc.*

20

21

22

23

24

25

26

27

28

                                 2

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

15 JAN 28  PM 1:51

S. GRAHAM, Deputy Johnson

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

MANUEL CUEN

VS.

**TUCSON MEDICAL CENTER, an Arizona corporation**

STATE OF ARIZONA
PIMA COUNTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY; DEMAND FOR JURY TRIAL; NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT TUCSON MEDICAL CENTER; NONUNIFORM INTERROGATORIES PROPOUNDED BY PLAINTIFFS UPON DEFENDANT TUCSON MEDICAL CENTER; REQUESTS FOR PRODUCTIONS FOR DOCUMENTS PROPOUNDED BY PLAINTIFFS UPON DEFENDANT TUCSON MEDICAL CENTER from HOLLINGSWORTH KELLY

On 1/22/2015 at 1:21 PM at 5301 E. Grant Rd., Tucson, AZ 85712 I served TUCSON MEDICAL CENTER, an Arizona corporation, BY SERVICE UPON ITS STATUTORY AGENT TIM A. HARTIN with the above listed documents by then and there personally delivering a true and correct copy of the documents by leaving with TIM HARTIN whose relationship is CHIEF LEGAL OFFICER.

Physical description of person served: Gender: Male Race: WHITE Age: 44 Height: 61 Weight: 180 Hair: BALD Eyes: UNKNOWN

**CIVIL**

Subscribed and sworn before me, a Notary Public,
this 27th day of January  2015

Patricia Cervantez, Notary Public
My Commision expires

Service - Routine
Mileage
Notary
TOTAL:      $ 61.20

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. No

Darin R. Clark                                          Affiant

Sworn before me on 1/27/2015

P106204 - 13-023



*698722*

EZ Messenger
355 S. Euclid Ave., #103
Tucson, AZ 85719
520.623.8436
Fax#: 520.624.1819

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
15 MAY -8 PM 1:31
K. YLVISAKER, DEPUTY

In The PIMA COUNTY SUPERIOR COURT
State of ARIZONA, County of PIMA

**Affidavit of Service**

**Manuel Cuen, et al.**
Vs.
**Tucson Medical Center, et al.**

Case No.:**C20146643**
Court Date:**05/25/2015** at **10:00 AM**
Judge:Judge Leslie Miller

The Affiant, being sworn, states: That I am a private process server registered in MARICOPA COUNTY and an officer of the court. On 04/27/2015 I received CIVIL SUBPOENA DUCES TECUM; EXHIBIT A; RECORD REQUEST; AFFIDAVIT OF CUSTODIAN OF RECORDS; NOTICE OF DEPOSITION DUCES TECUM; CERTIFICATE OF DEATH; AUTHORIZATION from CAVETT & FULTON, P.C. and by Anne M. Fulton-Cavett. In each instance I personally served 1 copy(ies) of each document listed above upon: CUSTODIAN OF RECORDS FOR SOUTHWEST AMBULANCE / RURAL METRO CORPORATION., BY SERVICE UPON ITS STATUTORY AGENT, CT CORPORATION, by leaving with GAIL FLOCK, CUSTOMER SERVICE REPRESENTATIVE, stated authorized to accept, at 3800 N CENTRAL STE 460 in Phoenix, AZ85012 in MARICOPA County, on 04/29/2015 at 11:30 AM.

Additional Comments:GAIL FLOCK STATED SHE IS ACCEPTING SERVICE FOR SOUTHWEST AMBULANCE.

**CIVIL**

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 50-55 Height: 5ft 5in Weight: 200 Hair: Gray

| | |
|---|---|
| SERVICE OF PROCESS | $ 16.00 |
| MILES | $ 16.80 |
| SERVICE FEE | $ 8.00 |
| AFFIDAVIT / NOTARY | $ 10.00 |

MICHAEL CANDELARIA        Affiant
Sworn to before me 05/01/2015

**TOTAL:**        $ 50.80

Client Ref: TMC v. Herrera
Client: CAVETT & FULTON, P.C.

Commission expires:

LOLA J. FERGUSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 3, 2018

CIVIL

**CAVETT & FULTON**
A Professional Corporation
6035 E. Grant Road
Tucson, AZ 85712
(520) 733-0100
(520) 733-1800 Facsimile
E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com

Dan Cavett, State Bar 002903; PCC 8640
Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorneys for Defendant Tucson Medical Center

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of) ARMIDA HERRERA; CRISTIAN CUEN, a) minor, by and through his next friend,) ADELA HERRERA; VALERIA CAMPOY-) HERRERA, a minor, by and through her) next friend, RIGOBERTO CAMPOY,) <br><br> Plaintiffs, <br><br> vs. <br><br> TUCSON MEDICAL CENTER, an Arizona) Corporation; J. MANUEL ARREGUIN,) M.D.; EL RIO SANTA CRUZ) NEIGHBORHOOD HEALTH CENTER,) INC., dba EL RIO OB/GYN ASSOCIATES,) an Arizona Corporation; ROGER) OTTMAN, M.D., EMCARE PHYSICIAN) SERVICES, INC., an Arizona Corporation;) JOHN DOES I-V; JANE DOES I-V; ABC) CORPORATIONS I-V; XYZ LIMITED) LIABILITY COMPANIES/PARTNERSHIPS) I-V, <br><br> Defendants. | NO.   C2014-6643 <br><br><br><br> CIVIL SUBPOENA DUCES TECUM <br><br><br><br><br><br> Assigned to <br> Judge Leslie B. Miller |

**THE STATE OF ARIZONA SENDS GREETINGS TO:** *See* **Exhibit A** attached hereto

**YOU ARE HEREBY COMMANDED** to attend and give testimony or to produce and permit inspection and copying, designated books, documents or tangible things in the possession, custody or control of that person, or to permit inspection of premises, as designated in **Exhibit A** attached hereto. **You may choose to NOT appear personally for deposition if you produce by mail, messenger or other means all records as designated in Exhibit A and the "Record Request."**

1   **BEFORE WHOM APPEARANCE TO BE MADE: Personal appearance is not necessary
    if you produce all records as designated in attached Exhibit A and "Record Request."**
2   *See* **Exhibit A** attached hereto

3   **DATE AND TIME OF APPEARANCE:** *See* **Exhibit A** attached hereto

4           Requests for reasonable accommodation for persons with disabilities must be made
    to the Court by parties at least 3 working days in advance of a scheduled Court proceeding.
5

6           **IF YOU FAIL TO APPEAR AS ORDERED, A WARRANT MAY BE ISSUED FOR
    YOUR ARREST.**

7           If you have any questions concerning your appearance, please call the attorney whose
    name appears below.

8                                                                   APR 2 7 2015
            WITNESS My Hand and the Seal of the Superior Court this __ day of _____,
9   20__.

                                    PIMA COUNTY SUPERIOR COURT
10

11

12                                  Toni Hellon
                                    Superior Court Clerk
13  <u>Your Duties In Responding To This Subpoena</u>            Lisa Cole

14          You have the duty to produce the documents requested as they are kept by you in the
    usual course of business, or you may organize the documents and label them to correspond
15  with the categories set forth in the Subpoena. *See* Rule 45(d)(1) of the *Arizona Rules of Civil
    Procedure.*
16
            If this Subpoena asks you to produce and permit inspection and copying of designated
17  books, papers, documents, tangible things, or the inspection of premises, you need not
    appear to produce the items unless the Subpoena states that you must appear for a
18  deposition, hearing or trial. *See* Rule 45(c)(2)(A) of the *Arizona Rules of Civil Procedure.*

19
    <u>Your Right To Object</u>
20
            The party or attorney serving the Subpoena has a duty to take reasonable steps to
21  avoid imposing an undue burden or expense on you. The Superior Court enforces this duty
    and may impose sanctions upon the party or attorney serving the Subpoena if this duty is
22  breached. *See* Rule 45(c)(1) of the *Arizona Rules of Civil Procedure.*

23          If you object because you claim the information requested is privileged or subject to
    protection as trial preparation material, you must express the objection clearly, and support
24  each objection with a description of the nature of the document, communication or item not
    produced so that the demanding party can contest the claim. *See* Rule 45(d)(2) of the
25  *Arizona Rules of Civil Procedure.*

26          If you object to the Subpoena in writing you do not need to comply with the Subpoena
    until a Court orders you to do so. It will be up to the party or attorney serving the Subpoena
27  to seek an order from the Court to compel you to provide the documents or inspection

28

                                            2

1   requested, after providing notice to you.  *See* Rule 45(c)(2)(B) of the *Arizona Rules of Civil Procedure*.

2

3        You may object to this Subpoena if you feel that you should not be required to respond to the request(s) made.  Any objection to this Subpoena must be made within 14 days after it is served upon you, or before the time specified for compliance, by providing a written objection to the party or attorney serving the Subpoena.  *See* Rule 45(c)(2)(B) of the *Arizona Rules of Civil Procedure*.

4

5        If you are not a party to the litigation, or an officer of a party, the Court will issue an order to protect you from any significant expense resulting from the inspection and copying commanded.  *See* Rule 45(c)(2)(B) of the *Arizona Rules of Civil Procedure*.

6

7        You also may file a motion in the Superior Court of the county in which the case is pending to quash or modify the Subpoena if the Subpoena:

8

9   1.   does not provide a reasonable time for compliance;
    2.   requires a non-party or officer of a party to travel to a county different from the county

10      where the person resides or does business in person; or to travel to a county different from where the Subpoena was served; or to travel to a place farther than 40 miles

11      from the place of service; or to travel to a place different from any other convenient place fixed by an order of a Court, except that a Subpoena for you to appear and

12      testify at trial can command you to travel from any place within the state;
    3.   requires the disclosure of privileged or protected information and no waiver or

13      exception applies; or
    4.   subjects you to an undue burden.  *See* Rule 45(c)(3)(A) of the *Arizona Rules of Civil*

14      *Procedure*.

15       If this Subpoena:

16  1.   requires disclosure of a trade secret or other confidential research, development, or commercial trade information; or

17  2.   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made

18      not at the request of any party; or
    3.   requires a person who is not a party or an officer of a party to incur substantial travel

19      expense;

20       The Court may either quash or modify the Subpoena, or the Court may order you to appear or produce documents only upon specified conditions, if the party who served the

21  Subpoena shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that you will be reasonably compensated.  *See*

22  Rule 45(c)(3)(B) of the *Arizona Rules of Civil Procedure*.

23       DATED this 21 day of April, 2015.

24                      CAVETT & FULTON, P.C.

25

26

27                      Anne M. Fulton-Cavett, Attorneys for
                        Defendant Tucson Medical Center

28

                                    3

1   Copy of the foregoing mailed
    this 2⁷ day of April, 2015 to:
2
    Louis Hollingsworth
3   Michael F. Kelly
    John F. Kelly
4   HOLLINGSWORTH KELLY, PLLC
    3501 N. Campbell Ave., Ste. 104
5   Tucson, AZ 85719
    *Co-Counsel for Plaintiffs*
6
    Mark D. Kamitomo
7   THE MARKHAM GROUP, INC., P.S.
    421 W. Riverside, Ste. 1060
8   Spokane, WA 99201
    *Co-Counsel for Plaintiffs*
9
    Scott A. Holden
10  DeeDee Armer Holden
    HOLDEN & ARMER, PC
11  6101 S. Rural Road, Suite 112
    Tempe, AZ  85283
12  *Attorneys for Defendants Roger Ottman, MD,*
    *and EmCare Physician Services, Inc.*
13
14  Jonelle Painkimper
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        4

# EXHIBIT A

THE STATE OF ARIZONA TO:      **Custodians of Records of**

                                           **Southwest Ambulance/**
                                           **Rural Metro Corporation**
                                         **Attn: Privacy Officer**
                                         **2390 E. Camelback Road**
                                         **Phoenix, AZ 85016**

BEFORE WHOM APPEARANCE TO BE MADE:    **Notary Public**

DATE AND TIME OF APPEARANCE:    **Monday, May 25, 2015 at 10:00 a.m.**

PLACE OF APPEARANCE:               **Cavett & Fulton, P.C.**
                                         **6035 E. Grant Rd.**
                                         **Tucson, AZ  85712**
                                         **(520) 733-0100**

       **YOU ARE ALSO  COMMANDED** to bring with you and produce **ANY AND ALL RECORDS FROM THIS PROVIDER AND OTHER PROVIDERS OR FACILITIES WHICH HAVE BEEN INCORPORATED INTO THIS PATIENT'S CHART, TO INCLUDE:**

       Any and all medical records, including but not limited to all reports of every kind, notes, charts, orders of every kind, any and all records of prescriptions written and medication samples given,  copies of all prescriptions written, any collected literature and research in the patient's file, all records on microfiche;  any and all mental health records; information regarding treatment for drug or alcohol abuse, as defined in 42 C.F.R. §2.11; information regarding testing and treatment for HIV or other communicable diseases, as defined in A.R.S.  §36-661; any and all correspondence and intra and inter-office memoranda pertaining to the patient in any way; any and all diagnostic tests of any kind and their results and reports including but not limited to x-ray films, ultrasounds, CT scans, pathology slides, slides of any kind, mammogram films, MRI's; hospital records; other medical providers' and institutions' records; correspondence including but not limited to that sent to any attorney or from any attorney or any representative of the patient; personal history and information sheets and forms; any and all documents pertaining to applications for insurance, insurance forms, and any and all correspondence,  intra and inter-office memoranda regarding insurance; any and all physical therapy records; handwritten and typed notes, patient billing and statements, any and all information contained in and on the file folder jacket and in the computer files of the patient, and each and every piece of information, including any and all electronic materials, computer files, and electronically stored data pertaining to:

                                           **Armida Herrera**
                                         **DOB: 1/28/1977**

# CAVETT & FULTON

A Professional Corporation
### Attorneys at Law

Dan Cavett
Anne M. Fulton-Cavett

6035 E. Grant Rd.
Tucson, AZ 85712
(520) 733-0100
Fax:    (520) 733-1800

## RECORD REQUEST

Dear Custodian of Records,

Attached please find a subpoena requesting records and documents (please retain the subpoena for your records), a deposition requesting records and documents, and an Affidavit of Custodian of Records. Your facility has been identified as possessing records pertinent to the named lawsuit. In order for the records to be admissible in court for this lawsuit, please follow the following guidelines:

1)    Please make legible copies of **ALL** records outlined in the subpoena .
   - **SINGLE SIDED COPIES ONLY** (please separate front and back copies onto separate pages)
   - **LETTER SIZE COPIES ONLY, 8.5" X 11"** (please no legal size copies unless unable to reduce)
   - **NO STAPLES IN COPIES, PLEASE**
   - If legible copy of records is not possible, note the reason on the Affidavit of Custodian of Records

2)    Fill out the Affidavit of Custodian of Records completely and carefully. The Affidavit should be typed or written legibly in black ink. Should you make an error on the Affidavit, make one line through the error, write in the correct information and initial it. Please do NOT use liquid paper as the courts frown upon corrections made in this manner.

3)    Have all signatures notarized and affixed with the notary's seal.

4)    Please call my assistant Jonelle Bankemper prior to making copies if the fee for the records will exceed $50. Please be advised that, pursuant to A.R.S. §12-351, if you are going to mail the records to us rather than appear, you may charge us no more than $0.10 cents for each page for standard reproduction of documents and a reasonable fee for clerical costs not to exceed $10.00 per hour for each person involved.

You may mail the completed set of documents back to our office, or if you are in the Tucson area you may call our office to schedule an appointment to drop off the records with our notary.

Thank you in advance for your prompt attention to this matter. If you have any questions, please do not hesitate to contact my assistant, Jonelle, at (520) 733-0100.

Very truly yours,
Anne M. Fulton-Cavett

## **PLEASE CONFIRM RECEIPT WITHIN 7 DAYS**

# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF _____ )

                                            ) ss.

County of _____ )

**Armida Herrera**
**DOB: 1/28/1977**


Before me, the undersigned authority, on this day personally appeared the affiant, who by me being duly sworn, deposed as follows:

1)     My name is _____, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2)     I am the duly authorized Custodian of the records attached/forwarded herewith, and I have the authority to certify the records. These records are being forwarded from the offices of_____.

(Choose one)

3)     a.____Attached hereto are records pertaining to **Armida Herrera**.  The records attached hereto are the originals or exact duplicates of the originals and nothing has been removed or deleted from the original file before making these copies.

         b.____Copies of the records requested in the attached Subpoena Deuces Tecum and accompanying Notice of Deposition Deuces Tecum could not be produced for the following reason:_____

_____
Affiant

SUBSCRIBED AND SWORN to before me this ____ day of _____, 20____.


_____
Notary Public

My Commission Expires:


<u>Please use the space below and/or the back of this page for any additional comments or notes</u>

1 | **CAVETT & FULTON**
2 | A Professional Corporation
  | 6035 E. Grant Road
  | Tucson, AZ 85712
3 | (520) 733-0100
  | (520) 733-1800 Facsimile
4 | E-mail: Dan@CavettandFulton.com
  | E-mail: Anne@CavettandFulton.com
5 |
  | Dan Cavett, State Bar 002903; PCC 8640
6 | Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
  | Attorneys for Defendant Tucson Medical Center
7 |

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

| | | |
|---|---|---|
| 10 | MANUEL CUEN, as surviving son of) ARMIDA HERRERA; CRISTIAN CUEN, a) minor, by and through his next friend,) ADELA HERRERA; VALERIA CAMPOY-) HERRERA, a minor, by and through her) next friend, RIGOBERTO CAMPOY, | NO.   C2014-6643 |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | TUCSON MEDICAL CENTER, an Arizona) Corporation;  J. MANUEL ARREGUIN,) M.D.;   EL   RIO   SANTA   CRUZ) NEIGHBORHOOD HEALTH CENTER,) INC.,   dba   EL   RIO   OB/GYN) ASSOCIATES, an Arizona Corporation;) ROGER   OTTMAN,   M.D.,   EMCARE) PHYSICIAN SERVICES, INC., an Arizona) Corporation;  JOHN DOES  I-V;  JANE) DOES I-V; ABC CORPORATIONS I-V;) X Y Z   L I M I T E D   L I A B I L I T Y) COMPANIES/PARTNERSHIPS I-V, | **NOTICE   OF   DEPOSITION   DUCES TECUM**<br><br>Assigned to<br>Judge Leslie B. Miller |
| 22 | Defendants. | |

23 YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, *Arizona Rules of*

24 *Civil Procedure* the depositions will be taken upon oral examination of the persons whose

25 names and addresses are stated below before an officer authorized by law to administer

26 oaths.  If the names are not known, a general description sufficient to identify those persons

27 or the particular classes or groups to which those persons belong is given below.

28

1

2   PERSONS TO BE EXAMINED:        **Custodians of Records of**

3                                  **Southwest Ambulance/**
                                   **Rural Metro Corporation**
4                                  **Attn: Privacy Officer**
                                   **2390 E. Camelback Road**
5                                  **Phoenix, AZ 85016**

6   DATE AND TIME OF DEPOSITIONS:  **Monday, May 25, 2015 at 10:00 a.m.**

7   PLACE OF DEPOSITIONS:          **Cavett & Fulton, P.C.**
                                   **6035 E. Grant Rd.**
8                                  **Tucson, AZ 85712**
                                   **(520) 733-0100**

9

10  <u>**NOTICE TO PATIENT OR LEGAL REPRESENTATIVE:**</u>

11        The accompanying Subpoena seeks production of medical records, information, and

12  tangible evidence which may be privileged under State or Federal law.  If you object to the

13  production of these records, you are advised to file a written objection with us and with the

14  health care provider no later than five business days before the production date indicated on

15  the Subpoena.  You may wish to consult an attorney regarding the Subpoena.

16

17        DATED this _27_ day of April, 2015.

18

19                                  CAVETT & FULTON, P.C.

20

21                                  Anne M. Fulton-Cavett, Attorneys for
                                    Defendant Tucson Medical Center
22

23  Copy of the foregoing mailed
    this 27 day of April, 2015 to:
24
    Louis Hollingsworth
25  Michael F. Kelly
    John F. Kelly
26  HOLLINGSWORTH KELLY, PLLC
    3501 N. Campbell Ave., Ste. 104
27  Tucson, AZ 85719
    *Co-Counsel for Plaintiffs*
28

                                    2

1   Mark D. Kamitomo
     THE MARKHAM GROUP, INC., P.S.
2   421 W. Riverside, Ste. 1060
     Spokane, WA 99201
3   *Co-Counsel for Plaintiffs*

4   Scott A. Holden
     DeeDee Armer Holden
5   HOLDEN & ARMER, PC
     6101 S. Rural Road, Suite 112
6   Tempe, AZ  85283
     *Attorneys for Defendants Roger Ottman, MD,*
7     *and EmCare Physician Services, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

BEST COPY

CERTIFICATION OF VITAL RECORD

# STATE OF ARIZONA

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH          State File NO. 102- 2013-001112

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | | 2. AKA'S (IF ANY) | | 3. DATE OF DEATH |
|---|---|---|---|---|
| ARMIDA ISELA HERRERA MORANDO | | | | JANUARY 12, 2013 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER: | 6. DATE OF BIRTH | 7. AGE | UNDER 1 YEAR | | UNDER 1 DAY | |
|---|---|---|---|---|---|---|---|
| | | | | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |
| FEMALE | 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 | 01/28/1977 | 35 | | | | |

| 12. PLACE OF DEATH - HOSPITAL: | 13. PLACE OF DEATH - OTHER THAN HOSPITAL: |
|---|---|
| ☐ INPATIENT ☐ E.R./OUTPATIENT ☐ DEAD ON ARRIVAL | ☐ NURSING HOME OR LONG TERM CARE FACILITY ☐ RESIDENCE ☒ HOSPICE FACILITY ☐ OTHER |

| 14. FACILITY NAME (IF NOT INSTITUTION, GIVE STREET ADDRESS) | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH | 16. COUNTY OF DEATH: |
|---|---|---|
| PEPPI'S HOUSE | TUCSON 85712-6111 | PIMA |

| 17. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) |
|---|---|---|
| MEXICO | DIVORCED | |

| 20. DECEDENT'S USUAL RESIDENCE-STREET ADDRESS: | 21. CITY AND COUNTY: | 22. STATE | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES |
|---|---|---|---|---|
| 5352 S 6TH AVE | TUCSON, PIMA | ARIZONA | 85706 | NO |

| 25. WAS DECEDENT OF HISPANIC ORIGIN? | 26. DECEDENT'S RACE(S): | | | 24. IF AMERICAN INDIAN OR ALASKA NATIVE, SPECIFY UP TO 3 TRIBES: |
|---|---|---|---|---|
| ☒ NO, NOT SPANISH, HISPANIC OR LATINO | ☒ WHITE | | | PRIMARY OR ENROLLED TRIBE: |
| ☐ YES, MEXICAN, MEXICAN AMERICAN, CHICANO | ☐ BLACK, AFRICAN AMERICAN | ☐ OTHER ASIAN (SPECIFY) | | |
| | ☐ NATIVE HAWAIIAN | | | |
| ☐ YES, PUERTO RICAN | ☐ (C) ASIAN INDIAN | ☐ OTHER PACIFIC ISLANDER (SPECIFY) | | ADDITIONAL TRIBE: |
| ☐ YES, CUBAN | ☐ CHINESE | | | |
| ☐ YES, OTHER (SPECIFY) | ☐ FILIPINO | | | |
| | ☐ JAPANESE | ☐ OTHER (SPECIFY) | | ADDITIONAL TRIBE: |
| ☐ UNKNOWN | ☐ GUAMANIAN OR CHAMORRO | | | |
| 28. OCCUPATION: | ☐ KOREAN | | | ADDITIONAL TRIBE: |
| WAITRESS | ☐ VIETNAMESE | ☐ UNKNOWN | | |
| | ☐ SAMOAN | | | |
| | ☐ AMERICAN INDIAN OR ALASKA NATIVE | | | |

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST) | 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| OSCAR HERRERA | ADELA MORANDO |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| RAQUEL HERRERA | SISTER | 5352 S 6TH AVE, TUCSON, ARIZONA 85706 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| FUNERARIA DEL ANGEL SOUTH LAWN, 5401 S. PARK, TUCSON, AZ | NATHAN D FRIEND, FUNERAL DIRECTOR | F1170 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| BURIAL | SOUTH LAWN CEMETERY, TUCSON, ARIZONA | NONE |

MEDICAL CERTIFICATION: SECTION - CAUSE OF DEATH (PART I)

| IMMEDIATE CAUSE OF DEATH | | 41. APPROXIMATE INTERVAL: |
|---|---|---|
| 42. A | HYPOXIC ENCEPHALOPATHY | UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: 43. B | CARDIAC ARREST | 43. APPROXIMATE INTERVAL: UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: 44. C | HYPOVOLEMIC SHOCK | 44. APPROXIMATE INTERVAL: UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: 46. D | UTERINE BLEEDING POST CESAREAN SECTION | 47. APPROXIMATE INTERVAL: UNKNOWN |

CAUSE OF DEATH (PART II)

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE: | 49. INJURY | 50. INJURY AT WORK? | 51. MANNER OF DEATH: NATURAL DEATH | 52. TIME OF DEATH: 2315 |
|---|---|---|---|---|
| | NO | NO | | |
| | 53. WAS AN AUTOPSY PERFORMED? NO | | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

| 55. NAME OF PERSON COMPLETING CAUSE OF DEATH: | 56. DATE CERTIFIED |
|---|---|
| CERTIFICATION | |
| ☐ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated. | LAWRENCE LINCOLN, M.D. |
| ☐ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | 01/15/2013 |

| 57. CERTIFIER'S ADDRESS: | 58. NAME OF REGISTRAR: | 59. DATE REGISTERED |
|---|---|---|
| 5879 E. GRANT RD. TUCSON, AZ 85712-2211 | AUDREY ROGERS | 01/18/2013 |

DATE ISSUED: 01/23/2013

*Patricia Adams*

This is a true certification of the facts on file with the OFFICE OF VITAL RECORDS,
ARIZONA DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA.
(Revised 04/2010)

PATRICIA ADAMS
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

Arizona
Department of
Health Services

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

NEXT-OF-KIN:

I, _Manuel Cuen_____, am the legal Next- Of –Kin to the Decedent named

above. I hereby give my permission to have the decedent's blood/ specimens / medical records

purposes stated above by the Requestor (s).

NEXT-OF-KIN:

Name: **Armida Isela Herrera**
      **c/o Louis Hollingsworth, Esq.**
Address: **3501 N. Campbell Ave., #104** _____ City: **Tucson** _____

State: **Arizona** _____ Zip Code: **85719** ____ Telephone: **520-882-8080** _____

Relationship to Decedent: _SON_ _____

Signature: _Manuel Cuen_ _____

NOTARY PUBLIC:

State of _Arizona_ )

County of _PIMA_ )

Subscribed and sworn (or affirmed) before me this _24th_ day of

_April_ , 20_15_ .

_Sarah M Gordon_

Notary Public

(seal)    My commission expires _5- 7- 2017_

> SARAH M GORDON
> Notary Public - Arizona
> Pima County
> My Comm. Expires May 7, 2017

-------------------------------------------------

For Official Use Only

Form sent by: _____

Prepared by: _____
    Specimen Preparation:

_____ Samples @ $_____ ea. $_____

    Analysis Fees:                  $_____
    Shipping Fees:                 $_____
    Handling Fees:                 $_____

      Total Fees and Charges:          $_____

Date: _____ Receipt No. _____

C 2014 66 43

**REQUEST FOR RECORDS AND/OR AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION**

I authorize _____ Southwest Ambulance _____ to disclose Protected Health Information ("PHI") from the health records of:

Patient name: _____ Armida Herrera _____ Date of Birth: 1/28/1977 Address: Not Available Phone Number: Not Available
Social Security #: _____ Patient medical record number or other identifiers: _____

I authorize PHI from onset of care to the present time to be disclosed to: Cavett & Fulton, P.C. at 6035 E. Grant Road, Tucson, AZ 85712; (520) 733-0100; (520) 733-1800 fax.

The following information is to be disclosed: **any and all medical records, including but not limited to all reports of every kind, notes, charts, orders of every kind, any and all records of prescriptions written and medication samples given, copies of all prescriptions written, any collected literature and research in my/the patient's file, telephone messages and facsimiles, all records on microfiche; any and all correspondence and intra and inter-office memoranda; any and all mental health records; any and all diagnostic tests of any kind and their results and reports including but not limited to x-ray films, ultrasounds, CT scans, pathology slides, slides of any kind, mammogram films, MRI's; hospital records; mental health records; other medical providers' and institutions' records; correspondence including but not limited to that sent to any attorney or from any attorney or any representative of my/the patient's self; personal history and information sheets and forms; any and all documents pertaining to applications for insurance, insurance forms, and any and all correspondence, memorandum, facsimile correspondence, intra and inter-office memoranda regarding insurance; any and all physical therapy records; handwritten and typed notes, patient billing and statements, any and all information contained in and on my/the patient's file folder jacket and in my/the patient's computer files, each and every piece of information, including any and all electronic materials, computer files, and electronically stored data; and any other document containing information about my/the patient's examinations, evaluations, care, and treatment. This includes all documents, irrespective of whether they have been produced by you or at your facility.**

The purpose for the disclosure is: **for purposes of patient's medical malpractice claim.**

I authorize the provider to use or disclose information related to:
- ✓  AIDS/HIV and other Communicable Diseases
- ✓  Behavioral Health Care/Psychiatric Care
- ✓  Alcohol and/or Drug Abuse Treatment
- ✓  Genetic Testing Information

I understand that this authorization does not give Cavett & Fulton, or representatives thereof, the right to discuss my medical records, in any way, with my medical providers.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by the federal privacy regulations and may be re-disclosed by the person or organization that receives the information.

I understand that the Hospital or provider will not condition treatment on my signing this authorization. The Hospital or provider will not deny me treatment if I do not wish to sign this form. I may refuse to sign this authorization form.

I also understand that I may revoke this authorization at any time, with some exceptions. For more details on when I can and cannot revoke this authorization, I can refer to this Hospital or provider's Notice of Privacy Practices.

To revoke my authorization, I must submit a written request to the recipient of the initial authorization. However, the undersigned may not revoke the authorization retroactively for information released.

A photocopy of this authorization shall be as valid and acceptable as the original and applies to past and future records.

This authorization shall be considered invalid after 1 year from the date of signing.

_____          _____
Signature of Patient                                  Date

If the patient is unable to consent by reason of age or other factors, state reasons and attach documentation: _____

*Manuel Lira*                4/29/15        *Son*
_____          _____        _____
Legally Authorized Representative          Date                Relationship to Patient

Identification verified by: _____
PLEASE NOTE: PURSUANT TO SECTION 164.512(e) OF THE FEDERAL HIPAA PRIVACY REGULATIONS (45 CFR 164.512(e)), A HIPAA COMPLIANT AUTHORIZATION IS NOT REQUIRED FOR THE DISCLOSURE OF PROTECTED HEALTH INFORMATION TO COMPLY WITH A SUBPOENA OR OTHER COURT ORDER. SUCH AS THE SUBPOENA WHICH ACCOMPANIES THIS AUTHORIZATION. CONSEQUENTLY, THIS MEDICAL AUTHORIZATION RELEASE AND THE ACCOMPANYING SUBPOENA OR COURT ORDER IS ALL THAT IS REQUIRED FOR YOUR OFFICE TO LAWFULLY RELEASE PROTECTED HEALTH INFORMATION.

# EXHIBIT B
# TO NOTICE OF REMOVAL

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   MICHAEL A. AMBRI
3  Assistant United States Attorney
   Arizona State Bar No. 021653
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7449
6  Email: michael.ambri@usdoj.gov
7  Attorneys for the United States of America

8               **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF ARIZONA**

10

| | |
|---|---|
| Manuel Cuen, as surviving son of Armida Herrera; Cristian Cuen, a minor, by and through his next friend, Adela Herrera; Valeria Campoy-Herrera, a minor by and through her next friend Rigoberto Campoy,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Medical Center, an Arizona Corporation; J. Manuel Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health Center, Inc., dba El Rio OB/GYN Associates, an Arizona corporation; Roger Ottman, M.D.; EMCARE Physician Services, Inc., an Arizona Corporation; John Does I-V; Jane Does I-V; ABC Corporations I-V; XYZ Limited Liability Companies/Partnerships I-V,<br><br>Defendants. | Case No.: _____<br><br>**CERTIFICATION**<br>**OF SCOPE OF EMPLOYMENT**<br><br>**(Superior Court of Arizona,**<br>**Pima County, Case No. C20146643)** |

22        I, Elizabeth A. Strange, Acting United States Attorney for the District of Arizona,

23  pursuant to 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4(b), hereby certify that El Rio Santa

24  Cruz Neighborhood Health Center, Inc., dba El Rio OB/GYN Association, ("El Rio") was,

25  at the time of the matters alleged in this action (Pima County Superior Court Case No.

26  C20146643) a public or nonprofit private entity deemed by the Secretary of the

27  Department of Health and Human Services to be an employee of the Public Health

28  Service pursuant to 42 U.S.C. § 233(g), and that El Rio was acting within the scope of its

employment as a deemed employee of the Public Health Service at the time of the incident alleged in this action. I further certify that J. Manuel Arreguin, M.D., was an employee of El Rio, a public or nonprofit private entity deemed to be an employee of the Public Health Service pursuant to 42 U.S.C. § 233(g), and that J. Manuel Arreguin, M.D., was acting within the scope of his deemed employment with the Public Health Service at the time of the matters alleged in this action.

DATED this 14th day of July, 2015.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona