1
JOHN S. LEONARDO
United States Attorney
2
District of Arizona
MICHAEL A. AMBRI
3
Assistant United States Attorney
Arizona State Bar No. 021653
4
United States Courthouse
405 W. Congress Street, Suite 4800
5
Tucson, Arizona 85701
Telephone:  520-620-7449
6
Email: michael.ambri@usdoj.gov
Attorneys for the United States of America
7

**UNITED STATES DISTRICT COURT**
8
**DISTRICT OF ARIZONA**
9

| | |
|---|---|
| 10 Manuel Cuen, as surviving son of Armida Herrera; Cristian Cuen, a minor, by and through his next friend, Adela Herrera; Valeria Campoy-Herrera, a minor by and through her next friend Rigoberto Campoy, | Case No.: _____ |
| Plaintiff, | **CERTIFICATION OF STATE COURT RECORD** |
| v. | **(Superior Court of Arizona, Pima County, Case No. C20146643)** |
| Tucson Medical Center, an Arizona Corporation; J. Manuel Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health Center, Inc., dba El Rio OB/GYN Associates, an Arizona corporation; Roger Ottman, M.D.; EMCARE Physician Services, Inc., an Arizona Corporation; John Does I-V; Jane Does I-V; ABC Corporations I-V; XYZ Limited Liability Companies/Partnerships I-V, | |
| Defendants. | |

23    Pursuant to Local Rule of Civil Procedure 3.6(b), attached are true and

24 complete copies of all pleadings and other documents obtained from the Superior

25 Court for the State of Arizona, Pima County, in *Manuel Cuen, et al. v. Tucson*

26 *Medical Center, et al.,* Case No. C20146643.

27

28

1   RESPECTFULLY SUBMITTED this 15th day of July, 2015.

2                                       JOHN S. LEONARDO
                                        United States Attorney
3                                       District of Arizona

4                                       /s/ Michael A. Ambri
                                        MICHAEL A. AMBRI
5                                       Assistant U. S. Attorney

6

7   Copy of the foregoing served by U.S. mail this 15th day of July, 2015, to:

8   Louis Hollingsworth, Esq.
    Michael F. Kelly, Esq.
9   HOLLINGSWORTH KELLY ATTORNEYS
    3501 North Campbell Avenue, Suite 104
10  Tucson, Arizona  85719-2032
    Attorneys for Plaintiffs
11
    John F. Kelly, Esq.
12  Mark D. Kamitomo, Esq.
    THE MARKUM GROUP, INC., P.S.
13  421 West Riverside Avenue, Suite 1060
    Spokane, Washington  99201
14  Attorneys for Plaintiff

15  Anne M. Fulton-Cavett
    Cavett & Fulton, P.C.
16  6035 East Grant Road
    Tucson, Arizona  85712
17  Attorneys for Defendant Tucson Medical Center

18  Scott A. Holden, Esq.
    DeeDee Armer Holden, Esq.
19  6101 S. Rural Road, Suite 112
    Tempe, Arizona  85283
20  Attorneys for Defendant Roger Ottman, M.D. and
    EmCare Physician Services, Inc.
21

22  /s/ Terry Whatley

23

24

25

26

27

28

- 2 -

 **Case Information**

| Case Number: | C20146643 |
| --- | --- |
| File Date: | 12/30/2014 |
| Caption: | MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL. |
| Judge: | LESLIE MILLER |

 **Party Listing**

| Party Full Name | Party Role | Name Type |
| --- | --- | --- |
| MANUEL CUEN | Plaintiff | True |
| CRISTIAN CUEN | Plaintiff | True |
| ADELA HERRERA | Plaintiff | True |
| VALERIA CAMPOY-HERRERA | Plaintiff | True |
| RIGOBERTO CAMPOY | Plaintiff | True |
| TUCSON MEDICAL CENTER | Defendant | True |
| EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER INC | Defendant | True |
| EL RIO OB/GYN ASSOCIATES | Defendant | Doing Business As (DBA) |
| EMCARE PHYSICIAN SERVICES INC | Defendant | True |
| J MANUEL ARREGUIN MD | Defendant | True |
| ROGER OTTMAN MD | Defendant | True |

 **Document Index Listing**

| Document Type | Document SubType | Document Caption | File Date | Image |
| --- | --- | --- | --- | --- |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/8/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 4/28/2015 | Available |
| Notice | Notice Of Compliance/Non | NOTICE OF COMPLIANCE | 3/23/2015 | Available |

| | | | | |
|---|---|---|---|---|
| Notice | Compliance | NOTICE OF COMPLIANCE | 2/25/2015 | Available |
| Receipt | All Money Receipts | All Money Receipts #2450263 | 2/24/2015 | Available |
| Answer | Answer/Response To Complaint | DEFTS ANSWER TO PLTFS COMPLAINT | 2/23/2015 | Available |
| Notice | Notice Of Intent/Intentions | DEFENDANTS' NOTICE OF INTENT TO USE AUDIO/VIDEO TECHNOLOGY | 2/23/2015 | Available |
| Misc | Demand For Jury Trial | JURY DEMAND | 2/23/2015 | Available |
| Statementfacts | Statement | EXPERT WITNESS STATEMENT | 2/23/2015 | Available |
| Arbitration | Certificate Of Compulsory Arbitration | CERTIFICATE OF COMPULSORY ARBITRATION | 2/23/2015 | Available |
| Receipt | All Money Receipts | All Money Receipts #2444865 | 2/12/2015 | Available |
| Answer | Answer/Response To Complaint | ANSWER OF DEFT TMC | 2/11/2015 | Available |
| Misc | Demand For Jury Trial | DEFT TMC'S DEMAND FOR JURY TRIAL | 2/11/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 2/2/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/29/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/29/2015 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 1/28/2015 | Available |
| Notice | Notice Of Service | NOTICE OF SERVICE OF PLNTF'S DISCOVERY REQUESTS TO DEFT TMC | 1/21/2015 | Available |
| Receipt | All Money Receipts | All Money Receipts #2424967 | 12/30/2014 | Available |
| Arbitration | Certificate Of Compulsory Arbitration | Certificate Of Compulsory Arbitration | 12/30/2014 | Available |
| Cover Sheet | Cover Sheet For New Cases | Cover Sheet For New Cases | 12/30/2014 | Available |
| Open | Petition & Complaint | Petition & Complaint | 12/30/2014 | Available |
| Misc | Demand For Jury Trial | DEMAND FOR JURY TRIAL | 12/30/2014 | Available |
| Misc | Certificate Of Testimony/Opinion | CERTIFICATE RE EXPERT OPINION TESTIMONY | 12/30/2014 | Available |

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30 PM 5: 56

S. PETERSEN, DEPUTY

**HOLLINGSWORTH KELLY**
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.0080
FAX 520.882.0438

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY, | Case No.: **C 20146643** |
| Plaintiffs, | |
| vs. | |
| TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V, | **CERTIFICATE REGARDING EXPERT OPINION TESTIMONY** |
| | Assigned: Hon. **LESLIE B. MILLER** |
| Defendants. | |

Plaintiffs hereby certify, pursuant to A.R.S. § 12-2603, that expert opinion testimony is necessary to prove Defendants' standard of care.

///

-1-

1

2   DATED this 30th day of December, 2014.

3
                                    HOLLINGSWORTH KELLY, PLLC
4
5                                   By: _____
6                                   Louis Hollingsworth
                                    Michael F. Kelly
7                                   John F. Kelly
                                    Mark D. Kamitomo
8                                   *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**HOLLINGSWORTH KELLY**
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.9090
FAX 520.882.9436

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

**FILED**
TONI L. HELLON
CLERK, SUPERIOR COURT
14 DEC 30  PM 5: 56
S. PETERSEN, DEPUTY

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,

Plaintiffs,

vs.

TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,

Defendants.

Case No.:

**C 20146643**

**DEMAND FOR JURY TRIAL**

**LESLIE B. MILLER**

Assigned: Hon.

Plaintiffs, by and through counsel undersigned and pursuant to Rule 38(b), A.R.C.P., hereby request a trial by jury of all issues triable by right of jury in the above-

-1-

1    entitled action.

2

3        DATED this 30th day of _December_, 2014.

4                                        **HOLLINGSWORTH KELLY, PLLC**

5

6                                        By: _____

7                                        Louis Hollingsworth
                                         Michael F. Kelly
8                                        John F. Kelly
                                         Mark D. Kamitomo
9                                        *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30  PM 5: 56

S. PETERSEN, DEPUTY

1
2
3
4
5
6
7
8
9

**HOLLINGSWORTH KELLY**
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.8080
FAX 520.882.9454

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

10
11
12

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,<br><br>            Plaintiffs,<br><br>vs.<br><br>TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V, XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,<br><br>            Defendants. | Case No.: **C 20146643**<br><br>**COMPLAINT**<br><br>**(Wrongful Death-Medical Malpractice)**<br><br>Assigned: Hon.<br><br>**LESLIE B. MILLER** |

Plaintiffs, by and through their counsel undersigned, for their cause of action,

allege as follows:

-1-

HOLLINGSWORTH KELLY
ATTORNEYS
2601 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.9080
fax 520.882.9432

1.     At all times material hereto, plaintiffs MANUEL CUEN, CRISTIAN CUEN, a minor, and VALERIA CAMPOY-HERRERA, a minor, were residents of Pima County, Arizona.

2.     Plaintiffs are the natural children of Armida Herrera, deceased.

3.     All events described herein occurred in Pima County, Arizona.

4.     At all times material hereto, defendant J. MANUEL ARREGUIN, M.D. ("ARREGUIN") was a resident of Pima County, Arizona.

5.     At all times material hereto, defendant ARREGUIN was a licensed healthcare provider as defined by A.R.S. § 12-561.

6.     At all times material hereto, defendant EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CLINIC, INC., dba EL RIO OB/GYN ASSOCIATES ("EL RIO") was an Arizona corporation doing business in Pima County, Arizona.

7.     At all times material hereto defendant EL RIO was a licensed healthcare provider as defined by A.R.S. § 12-561.

8.     At all times material hereto, and upon information and belief, defendant ARREGUIN was the apparent, ostensible, implied and/or express agent of and/or was an employee of defendant EL RIO and was acting within the course and scope of his employment or agency with EL RIO.

9.     At all times material hereto, defendant, ROGER OTTMAN, M.D. ("OTTMAN") was a resident of Pima County, Arizona.

10.     At and at all times material hereto, defendant OTTMAN was a licensed healthcare provider as defined by A.R.S. § 12-561.

11.     At all times material hereto, defendant EMCARE PHYSICIAN SERVICES, INC. ("EMCARE") was an Arizona corporation doing business in Pima County, Arizona.

12.     At all times material hereto defendant EMCARE was a licensed healthcare provider as defined by A.R.S. § 12-561.

-2-

13.     At all times material hereto, and upon information and belief, defendant OTTMAN was the apparent, ostensible, implied and/or express agent and/or was an employee of defendant EMCARE and was acting within the course and scope of his employment or agency with EMCARE.

14.     At all times material hereto defendant Tucson Medical Center (hereinafter "TMC") was an Arizona corporation licensed to do business in Pima County, Arizona.

15.     At all times material hereto, defendant TMC was a licensed healthcare provider as defined by A.R.S. § 12-561, operating as a full service hospital and medical center.

16.     At all times material hereto, and upon information and belief, defendants ARREGUIN and OTTMAN were the apparent, ostensible, implied and/or express agent of and/or were employees of defendant TMC.

17.     Defendant TMC was responsible for the operation of its health care facilities, the selection and supervision of its medical staff, including, but not limited to defendants ARREGUIN and OTTMAN, and for the quality of care rendered by its medical staff, including its nursing staff.

18.     On or about January 4, 2013 through January 12, 2013, defendants provided medical services to Armida Herrera.

19.     At all times material hereto, defendants TMC, EL RIO and EMCARE, held out to the public, and in particular, Armida Herrera, that they were equipped, qualified, and prepared to receive the public, and in particular, Armida Herrera, for treatment and care, and that they employed and maintained skilled and competent physicians, nurses, and, in general, competent help otherwise in the conduct and operation of said health care provider facilities.

20.     At all times material hereto, defendants had a duty to provide Armida Herrera with the services of competent, qualified, and licensed health care providers, to properly diagnose her conditions, to render competent advice and assistance in the care and treatment of her health, and to properly and timely perform medical or

-3-

1    surgical procedures and to render the same in accordance with the standards of care

2    in the community. Armida Herrera relied upon defendants' covenant to provide

3    competent care.

4        21.     At all times material hereto defendants, and each of them, including the

5    nurses employed by TMC, were negligent and fell below the applicable standard of

6    care in the community in the medical care, treatment, and surgery they rendered to

7    plaintiffs' mother, Armida Herrera.

8        22.     Armida Herrera suffered injuries and death as a direct and proximate

9    result of the negligence and medical malpractice of defendants and each of them.

10       23.     The actions, omissions and failures of defendants in their medical care

11    and treatment of Armida Herrera constitute medical malpractice as defined by A.R.S. §

12    12-561.

13       24.     Defendants John and Jane Does I-V are medical providers, including, but

14    not limited to, doctors, nurses, medical technicians, and employees of defendant

15    Tucson Medical Center, practicing in Pima County, Arizona, who assisted in providing

16    medical care to Armida Herrera.  All actions by defendants John and Jane Does I-V,

17    which are the subject of this litigation, were performed while defendants were agents,

18    servants, employees, assistants, or consultants with defendant Tucson Medical Center,

19    acting within their course and scope of employment.   These defendants negligently

20    performed such medical services.  This negligence was a breach of the duties these

21    fictitiously named defendants owed to Armida Herrera, and was the proximate cause of

22    injuries and death suffered by Armida Herrera.  These defendants are designated by

23    fictitious names pursuant to Rule 10(f) of the Arizona Rules of Civil Procedure, in that

24    their names are unknown to plaintiffs, by designating them under fictitious names,

25    plaintiffs preserve their right to assert a cause of action for medical negligence against

26    them.

27       25.     Defendants ABC Corporations I-V and XYZ LIMITED LIABILITY

28    COMPANIES/PARTNERSHIPS I-V are partnerships, corporations, or unincorporated

-4-

1  associations subject to suit in a common name, whose names or actions giving rise to

2  liability are unknown to plaintiffs and who are, therefore, designated by fictitious names

3  pursuant to Rule 10(f), Arizona Rules of Civil Procedure.  Each of these defendants

4  was negligent and proximately caused the injuries and death of Armida Herrera or are

5  otherwise legally responsible for her death.

6      26.    Plaintiffs suffered loss of normal care, comfort and companionship of their

7  mother, Armida Herrera, mental and emotional anguish, pain, grief and sorrow; and

8  loss of past and future financial support, benefit and services which might reasonably

9  have been expected from decedent.

10

11      WHEREFORE, in view of the foregoing, plaintiffs' pray for judgment against

12  defendants, and each of them, as follows:

13      1.    For compensatory damages as and for the costs incurred for funeral and

14  burial expenses as a result of the death of Armida Herrera; for loss of love, affection,

15  companionship, care, protection, grief, sorrow, anguish, stress and mental and

16  emotional suffering already experienced in the past and to be experienced in the

17  future; for past and future economic loss; and for past and future loss of earnings of

18  Armida Herrera in a fair and reasonable amount;

19      2.    For all costs incurred herein and;

20      3.    For such other and further relief as the Court deems just and proper.

21

22      DATED this 30th day of December , 2014.

23                                    HOLLINGSWORTH KELLY, PLLC

24                            By: _____

25                                    Louis Hollingsworth
                                       Michael F. Kelly
26                                    John F. Kelly
                                       Mark D. Kamitomo
27                                    *Attorneys for Plaintiff*

28

HOLLINGSWORTH KELLY
ATTORNEYS
2601 NORTH CAMPBELL AVENUE, SUITE 204
TUCSON, ARIZONA 85719

-5-

**In the Superior Court of the State of Arizona**
**In and For the County of Pima**

Case Number _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney Hollingsworth/Kelly

Attorney Bar Number __SB#: 011534/022911__
PCC#:26935/65747

Plaintiff's Name(s): (List all)
Manuel Cuen, as surviving son of Armida

Herrera; Cristian Cuen, a minor, by and

through his next friend, Adela Herrera; See Page 2

DEC 3 0 2014
C20146643

LESLIE B. MILLER

Plaintiff's Address:
Hollingsworth Kelly

3501 N. Campbell Avenue, Ste. 104

Tucson, Arizona 85719

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)    Tucson Medical Center, an Arizona Corporation; J. Manuel Arreguin, M.D.; El
Rio Santa Cruz Neighborhood Health Clinic, Inc. dba El Rio OB/GYN Associates, an Arizona Corporation; See Page 2

_____

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:  ☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC
☐ Election Challenge    ☐ Employer Sanction    ☐ Other _____
(Specify)
☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES. Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case"
as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a
substantial amount of documentary evidence, and a large number of separately represented parties.
(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**TORT MOTOR VEHICLE:**
X Non-Death/Personal Injury
☐ Property Damage
☐ Wrongful Death
**TORT NON-MOTOR VEHICLE:**
☐ Negligence
☐ Product Liability – Asbestos
☐ Product Liability – Tobacco
☐ Product Liability – Toxic/Other
☐ Intentional Tort
☐ Property Damage
☐ Legal Malpractice
☐ Malpractice – Other professional
☐ Premises Liability
☐ Slander/Libel/Defamation
☐ Other (Specify) _____

**MEDICAL MALPRACTICE:**
☐ Physician M.D.          ☐ Hospital
☐ Physician D.O           ☐ Other
**CONTRACTS:**
☐ Account (Open or Stated)
☐ Promissory Note
☐ Foreclosure
☐ Buyer-Plaintiff
☐ Fraud
☐ Other Contract (i.e. Breach of Contract)
☐ Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
        ☐ Six to Nineteen Structures
        ☐ Twenty or More Structures

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

14 DEC 30  PM 5: 56

S. PETERSEN, DEPUTY

**HOLLINGSWORTH KELLY**
ATTORNEYS
3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.8060
FAX 520.882.0613

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
FAX:  509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY, | Case No.: |
| | **C 20146643** |
| Plaintiffs, | |
| vs. | **CERTIFICATE REGARDING COMPULSORY ARBITRATION** |
| TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V;  ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V, | Assigned: **LESLIE B. MILLER** |
| Defendants. | |

Plaintiffs, by and through their undersigned attorneys, certify that they know the

dollar limits and other limitations set forth by the local rules of practice, and they further

-1-

certify that this case **is not subject** to compulsory arbitration as provided by Rule

72(e), A.R.C.P, and Rule 3.9, Pima County Superior Court Local Rules.

DATED this 30th day of December, 2014.

**HOLLINGSWORTH KELLY, PLLC**

By: _____

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
Mark D. Kamitomo
*Attorneys for Plaintiff*

**Copy of the foregoing served upon**

**Defendants along with Summons and Complaint**

-2-




### Pima County Clerk of Superior Court
### Tucson, Arizona

|  |  |  |  |
|---|---|---|---|
|  |  | Receipt Number: | 2424967 |
| Received for: | MANUEL CUEN | Date: | 12/30/2014 |
| Received from: | HOLLINGSWORTH LAW FIRM PC | Case Number: | C20146643 |
| Amount Received: | $244.00 | Clerk Number: | 315 |

Caption:       MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL.

Cash: $0.00          Check: $244.00          Charge: $0.00          ACH: $0.00

*Begin Financial Docket*

Civil Complaint                                           $244.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

**HOLLINGSWORTH KELLY**

ATTORNEYS

3501 NORTH CAMPBELL AVENUE, SUITE 104
TUCSON, ARIZONA 85719
520.882.8080
Fax 520.882.0438

LOUIS HOLLINGSWORTH, SB #011534 / PCC #26935
MICHAEL F. KELLY, SB #022911 / PCC #65747
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com

**THE MARKAM GROUP, INC., P.S.**
421 W. RIVERSIDE, SUITE 1060
SPOKANE, WASHINGTON 99201
509.747.0902
Fax: 509.747.1993

MARK D. KAMITOMO, SB #031768

ATTORNEYS FOR PLAINTIFFS

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
1-21-15
2015 JAN 32 AM 5:36

J. WHITNELL, DEPUTY

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,<br><br>Plaintiffs,<br><br>vs.<br><br>TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,<br><br>Defendants. | Case No.: C20146643<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT TUCSON MEDICAL CENTER**<br><br><br>Assigned: Hon. Leslie B. Miller |

NOTICE IS HEREBY GIVEN that plaintiffs will serve, via service of process, personally upon defendant TUCSON MEDICAL CENTER, an original and a copy

-1-

1  of each of the following discovery requests:  1.  Non-Uniform Interrogatories (Nos.

2  1-15; and 2.  Requests for Production (Nos. 1-12).

3

4

5  DATED this 21 day of January, 2015.

6

7  HOLLINGSWORTH KELLY, PLLC

8  By:

9  Louis Hollingsworth
   Michael F. Kelly
10  John F. Kelly
   Mark D. Kamitomo
11  *Attorneys for Plaintiff*

12

13  **Original** of the foregoing filed with
   the Clerk of Pima County Superior Court
14  this 21st day of January, 2015.

15

16

17  **Copy** of the foregoing served upon
   Defendant TUCSON MEDICAL CENTER
18  with Summons and Complaint

19

20

21

22

23

24

25

26

27

28

-2-

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

**MANUEL CUEN**

     VS.

**TUCSON MEDICAL CENTER, an Arizona corporation**

STATE OF ARIZONA
PIMA COUNTY

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

15 JAN 28 PM 1:5i

JAN 2 8 2015

S. GRAHAM, DEPUTY
Pamela Johnson

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY from HOLLINGSWORTH KELLY

On 1/22/2015 at 2:46 PM at 3480 E. BRITTANIA, TUCSON, AZ 85745 I served EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC,, DBA EL RIO OB/GYN ASSOCIATES, AN ARIZONA CORPORATION,  BY SERVICE UPON ITS STATUTORY AGENT KATHY BYRNE with the above listed documents by then and there personally delivering a true and correct copy of the documents by leaving with Celia Hightower whose relationship is Other Officer.

Physical description of person served: Gender: Female Race: WHITE Age: 50 Height: 5'6" Weight: 120 LBS Hair: BLONDE Eyes:

CIVIL

Subscribed and sworn before me, a Notary Public,
this 27th day of January, 2015.

_____

Patricia Cervantez, Notary Public
My Commision expires on: 11/5/2015

Service - Routine      $ 16.00
Mileage              $ 50.40

_____
Carter-Thaxton Smith                          Affiant

Sworn before me on 1/27/2015

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov.

P124183 - 13-023

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Manuel Cuen, as surviving son of Armida Herrera;
Cristian Cuen, a minor, by and through his next friend,
Adela Herrera; Valeria Campoy-Herrera, a minor, by and
through her next friend, Rigoberto Campoy
　　　　　　　　　Plaintiffs,

v.

Tucson Medical Center, an Arizona Corp.; J. Manuel
Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health
Center, Inc. dba El Rio OB/GYN Associates, an Arizona Corp.,
Roger Ottman, M.D.; Emcare Physician Services, Inc., an
Arizona Corp.; John Does I-V; Jane Does I-V; ABC
Corporations I-V; XYZ Limited Liability Companies/
Partnerships I-V,
　　　　　　　　　Defendants.

**C 20146643**

**CIVIL SUMMONS**

(Assigned: **LESLIE B. MILLER** )

**THE STATE OF ARIZONA to Defendant:** **El Rio Santa Cruz Neighborhood Health Center, Inc.**
**c/o Kathy Byrne, Statutory Agent**
**839 W. Congress St.**
**Tucson, AZ 85745**

I   A lawsuit has been filed against you.

II   If you do not want a Judgment taken against you for the relief demanded in the accompanying
Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W.
Congress, Tucson, Arizona, 85701, accompanied by the necessary filing fee.  A copy of the Response
must also be mailed to the Plaintiff/attorney whose name appears below.

III   The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within
the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the
State of Arizona.

IV   This is a legal document.  If you do not understand its consequences, you should seek the advice of an
attorney.

WITNESS My Hand and Seal of the Superior Court.

**TONI L. HELLON**

**DEC 3 0 2014**

DATED: _____     By _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attorney's Name, Address, Phone:
**Louis Hollingsworth (PCC #26935/SB #011534)**
**Michael F. Kelly (PCC #65747/ SB #022911)**
**John F. Kelly, (PCC #30884/ SB #004109)**
**HOLLINGSWORTH KELLY, PLLC**
**3501 N. Campbell Avenue, Suite 104**
**Tucson, AZ 85719-2032    (520) 882-8080**

REQUESTS FOR REASONABLE
ACCOMMODATION FOR PERSONS WITH
DISABILITIES MUST BE MADE TO THE
COURT BY PARTIES AT LEAST THREE
WORKING DAYS IN ADVANCE OF A
SCHEDULED COURT PROCEEDING.

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201



FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 JAN 29  PM 4: 54

& WHITNELL, DEPUTY

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

**MANUEL CUEN**

    VS.

**TUCSON MEDICAL CENTER, an Arizona corporation**

STATE OF ARIZONA
PIMA COUNTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE REGARDING COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY; CIVIL COVER SHEET from HOLLINGSWORTH KELLY

On 1/27/2015 at 2:44 PM at 225 W. Irvington Rd., Tucson, AZ 85714 I served J. MANUEL ARREGUIN, M.D. with the above listed documents by then and there personally delivering a true and correct copy of the documents.

Physical description of person served: Gender: Male Race: Hispanic Age: 49 Height: 6'2 Weight: 195 Hair: Salt and Pepper Eyes:Brown

**CIVIL**

Subscribed and sworn before me, a Notary Public,
this 28th day of January, 2015

Patricia Gonzalez, Notary Public
My Commission Expires:

Service Amount 75.00
Mileage Amount 10.00
Notary Amount 7.00
TOTAL 42.00

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 5, 2015

_____
Don Adelman               Affiant

Sworn before me on 1/28/2015

**CIVIL**



P106194 - 13-023

**ARIZONA SUPERIOR COURT, PIMA COUNTY**

| | |
|---|---|
| Manuel Cuen, as surviving son of Armida Herrera; Cristian Cuen, a minor, by and through his next friend, Adela Herrera; Valeria Campoy-Herrera, a minor, by and through her next friend, Rigoberto Campoy<br>Plaintiffs,<br><br>v.<br><br>Tucson Medical Center, an Arizona Corp.; J. Manuel Arreguin, M.D.; El Rio SantaCruz Neighborhood Health Center, Inc. dba El Rio OB/GYN Associates, an Arizona Corp., Roger Ottman, M.D.; Emcare Physician Services, Inc., an Arizona Corp; John Does I-V; Jane Does I-V; ABC Corporations I-V; XYZ Limited Liability Companies/ Partnerships I-V,<br>Defendants. | **C 20146643**<br><br>**CIVIL SUMMONS**<br><br><br>(Assigned: **LESLIE B. MILLER**) |

**THE STATE OF ARIZONA** to Defendant:   **J. MANUEL ARREGUIN, M.D.**
   **225 W. Irvington Rd.**
   **Tucson, AZ 85714**

I   A lawsuit has been filed against you.

II   If you do not want a Judgment taken against you for the relief demanded in the accompanying Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W. Congress, Tucson, Arizona, 85701, accompanied by the necessary filing fee. A copy of the Response must also be mailed to the Plaintiff/attorney whose name appears below.

III   The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the State of Arizona.

IV   This is a legal document. If you do not understand its consequences, you should seek the advice of an attorney.

WITNESS My Hand and Seal of the Superior Court. **TONI L. HELLON**          **DEC 3 0 2014**

DATED: _____       By: _____
                                              Deputy Clerk

Attorney's Name, Address, Phone:
Louis Hollingsworth (PCC #26935/SB #011534)
Michael F. Kelly (PCC #65747/ SB #022911)
John F. Kelly, (PCC #30884/ SB #004109)
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Avenue, Suite 104
Tucson, AZ 85719-2032
(520) 882-8080

REQUESTS FOR REASONABLE
ACCOMMODATION FOR PERSONS WITH
DISABILITIES MUST BE MADE TO THE
COURT BY PARTIES AT LEAST THREE
WORKING DAYS IN ADVANCE OF A
SCHEDULED COURT PROCEEDING.

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

**MANUEL CUEN, AS SURVIVING SON**

     VS.

**TUCSON MEDICAL CENTER**

STATE OF ARIZONA
PIMA COUNTY

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 JAN 29  PM 4:53

G. WHITNELL, DEPUTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS;  COMPLAINT; CERTIFICATE REGARDING COMPULSORY ARBITRATION; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY; DEMAND FOR JURY TRIAL from HOLLINGSWORTH KELLY

On 1/23/2015 at 10:00 AM at 2338 W. ROYAL PALM ROAD, # STE. J PHOENIX, AZ 85021 I served EMCARE PHYSICIAN SERVICES, INC., AN ARIZONA CORPORATION, BY SERVICE UPON ITS STATUTORY AGENT, CORPORATION SERVICE COMPANY with the above listed documents by then and there personally delivering a true and correct copy of the documents  to ANDREA INFANTE whose relationship is SERVICE OF PROCESS.

Physical description of person served: Gender: Female Race: WHITE Age: 21 Height: 5'7 Weight: 130 LBS Hair: BROWN Eyes: GREEN

**CIVIL**

Subscribed and sworn before me, a Notary Public,
this 27th day of January, 2015

Patricia Carpenter, Notary Public
My Commission expires on: 11/5/2018
Serial/License #:

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 5, 2018

Lisa M. Macaluso       Affiant

Sworn before me on 1/27/2015

**CIVIL** 

P108166 - 13-023

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 FEB -2 PM 5:23

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

J. WHITNELL, DEPUTY

MANUEL CUEN
   VS.                  Case No.:C20146643

**TUCSON MEDICAL CENTER, an Arizona corporation**

STATE OF ARIZONA           AFFIDAVIT OF SERVICE
PIMA COUNTY

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY from HOLLINGSWORTH KELLY

On 1/29/2015 at 10:44 AM at 5301 E. Grant Road, Tucson, AZ 85712 I served ROGER OTTMAN, M.D. with the above listed documents by then and there personally delivering a true and correct copy of the documents.

Physical description of person served: Gender: Male Race: WHITE Age: 60 Height: 5'9" Weight: 170 LBS Hair: GRAY Eyes:BLUE

**CIVIL**

Subscribed and sworn before me, a Notary Public,
this 30th day of January, 2015

Darin R. Clark             Affiant

Sworn before me on 1/30/2016

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov. 5, 2

TOTAL:  $ 50.00

P106172 - 13-023



**ARIZONA SUPERIOR COURT, PIMA COUNTY**

Manuel Cuen, as surviving son of Armida Herrera;
Cristian Cuen, a minor, by and through his next friend,
Adela Herrera; Valeria Campoy-Herrera, a minor, by and
through her next friend, Rigoberto Campoy

        Plaintiffs,

v.

Tucson Medical Center, an Arizona Corp.; J. Manuel
Arreguin, M.D.; El Rio Santa Cruz Neighborhood Health
Center, Inc. dba El Rio OB/GYN Associates, an Arizona Corp.,
Roger Ottman, M.D.; Emcare Physician Services, Inc., an
Arizona Corp.; John Does I-V; Jane Does I-V; ABC
Corporations I-V; XYZ Limited Liability Companies/
Partnerships I-V,

        Defendants.

**C 20146643**

**CIVIL SUMMONS**

(Assigned:    **LESLIE B. MILLER**

**THE STATE OF ARIZONA** to Defendant:    ROGER OTTMAN, M.D.
                                5301 E. Grant Rd.
                                Tucson, AZ  85712

I    A lawsuit has been filed against you.

II   If you do not want a Judgment taken against you for the relief demanded in the accompanying
     Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W.
     Congress, Tucson, Arizona, 85701, accompanied by the necessary filing fee.  A copy of the Response
     must also be mailed to the Plaintiff/attorney whose name appears below.

III  The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within
     the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the
     State of Arizona.

IV  This is a legal document.  If you do not understand its consequences, you should seek the advice of an
     attorney.

                                                      DEC 3 0 2014

WITNESS My Hand and Seal of the Superior Court.     **TONI L. HELLON**

DATED: _____    By: _____
                                         Deputy Clerk

Attorney's Name, Address, Phone:
Louis Hollingsworth (PCC #26935/SB #011534)
Michael F. Kelly (PCC #65747/ SB #022911)
John F. Kelly, (PCC #30884/ SB #004109)
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Avenue, Suite 104
Tucson, AZ 85719-2032
(520) 882-8080

REQUESTS FOR REASONABLE
ACCOMMODATION FOR PERSONS WITH
DISABILITIES MUST BE MADE TO THE
COURT BY PARTIES AT LEAST THREE
WORKING DAYS IN ADVANCE OF A
SCHEDULED COURT PROCEEDING.

# CAVETT & FULTON

A Professional Corporation
6035 E. Grant Road
Tucson, AZ  85712
(520) 733-0100
(520) 733-1800  Facsimile
E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com

Dan Cavett, State Bar 002903; PCC 8640
Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorney for Defendant Tucson Medical Center



**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,<br><br>Plaintiffs,<br><br>vs.<br><br>TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D., EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC., dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D., EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,<br><br>Defendants. | NO. C2014-6643<br><br>**DEFENDANT TUCSON MEDICAL CENTER'S DEMAND FOR JURY TRIAL**<br><br>Assigned to<br>Judge Leslie B. Miller |

Defendant  Tucson  Medical  Center  ("TMC"),  by  and  through  counsel

undersigned, hereby demands a trial by jury on all claims on which the right to trial

exists.

1

DATED this ___ day of February, 2015.

CAVETT & FULTON, P.C.

Anne M. Fulton-Cavett
Attorneys for Defendant Tucson Medical Center

ORIGINAL of the foregoing filed with the Court of Record and
COPY served by First-Class Mail this ___ day of February, 2015 to:

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Ave., Ste. 104
Tucson, AZ 85719
*Attorneys for Plaintiffs*

Mark D. Kamitomo
THE MARKHAM GROUP, INC., P.S.
421 W. Riverside, Ste. 1060
Spokane, WA 99201
*Co-Counsel for Plaintiffs*

2

# CAVETT & FULTON

A Professional Corporation
6035 E. Grant Road
Tucson, AZ 85712
(520) 733-0100
(520) 733-1800 Facsimile
E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com

Dan Cavett, State Bar 002903; PCC 8640
Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorney for Defendant Tucson Medical Center

**FILED**
2-11-2015
TONI L. HELLON, Clerk
Deputy
Joel F. Whitney

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,<br><br>Plaintiffs,<br><br>vs.<br><br>TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D., EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC., dba EL RIO OB/GYN ASSOCIATES, an Arizona Corporation; ROGER OTTMAN, M.D., EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,<br><br>Defendants. | NO. C2014-6643<br><br>**ANSWER OF DEFENDANT TUCSON MEDICAL CENTER**<br><br>Assigned to<br>Judge Leslie B. Miller |

Defendant  Tucson  Medical  Center  ("TMC"),  by  and  through  counsel

undersigned, for its Answer to Plaintiffs' Complaint, states as follows:

1

1.      Defendant TMC is without sufficient information in order to form a belief concerning the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 18 and 26 of Plaintiffs' Complaint and, therefore, denies the same.

2.      Regarding Plaintiffs' Complaint, Paragraphs 14, 15, 17, 19, 20 and 21, Defendant TMC admits only that it is a licensed healthcare provider as defined by A.R.S. § 12-561, that it conducts business within Pima County and that its principal place of business is located in Tucson, Arizona.  The remaining allegations of said paragraphs are denied.

3.      Defendant TMC denies the allegations contained in Paragraphs 16, 22, 23, 24 and 25 of Plaintiffs' Complaint.

4.      Defendant TMC denies any and all allegations contained in Plaintiffs' Complaint not heretofore specifically admitted.

5.      Defendant TMC affirmatively alleges the defenses of contributory negligence, comparative negligence, and assumption of the risk.

6.      The injuries or damage sustained by the Plaintiffs were caused in whole or in part by the fault of the Plaintiffs and/or by the fault of other parties and/or by the fault of non-parties, pursuant to A.R.S. § 12-2506(B).

7.      Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

8.      Although Defendant TMC presently does not have facts in support of the remaining defenses, it wishes to put Plaintiffs upon notice that it may raise the following affirmative defenses:  abatement under Rule 6(f); lack of jurisdiction over the subject matter; lack of jurisdiction over the person; accord and satisfaction; arbitration

2

and award; duress; estoppels; laches; fraud; illegality; payment; release; *res judicata*; insufficiency of process; insufficiency of service of process; and waiver.

WHEREFORE, Defendant TMC prays for judgment on Plaintiffs' Complaint, for its costs, and for such other relief as the Court deems just and proper.

DATED this _11th_ day of February, 2015.

CAVETT & FULTON, P.C.

Anne M. Fulton-Cavett
Attorneys for Defendant Tucson Medical Center

ORIGINAL of the foregoing filed with the Court of Record and
COPY served by First-Class Mail this _11th_ day of February, 2015 to:

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Ave., Ste. 104
Tucson, AZ  85719
*Attorneys for Plaintiffs*

Mark D. Kamitomo
THE MARKHAM GROUP, INC., P.S.
421 W. Riverside, Ste. 1060
Spokane, WA  99201
*Co-Counsel for Plaintiffs*

3

 

### *Pima County Clerk of Superior Court*
### *Tucson, Arizona*

|  |  |
|---|---|
|  | Receipt Number:    2444865 |
| Received for:      TUCSON MEDICAL CENTER | Date:                 2/12/2015 |
| Received from:    CAVETT & FULTON | Case Number:     C20146643 |
| Amount Received:  $162.00 | Clerk Number:     2,553 |

Caption:          MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL.

Cash: $0.00          Check: $162.00          Charge: $0.00          ACH: $0.00

*Begin Financial Docket*

Answer (Jury-eligible)                                      $162.00    PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

1    ❖ **Holden & Armer, P. C.**

2    Scott A. Holden, Esq. State Bar No. 013265

3    DeeDee Armer Holden, Esq. State Bar No. 014315
     6101 South Rural Road, Suite 112

4    Tempe, Arizona 85283
     (480) 656-0460

5    *Attorneys for Defendants Roger Ottman, M.D. and*

6    *EmCare Physician Services, Inc.*

     15  FEB 23  02/23/15

     BY _____

     DEPUTY

     RICHARD JOHNSON

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                   IN AND FOR THE COUNTY OF PIMA

9    MANUEL CUEN, as surviving son of

10   ARMIDA HERRERA; CRISTIAN CUEN, a
     minor, by and through his next friend, ADELA

11   HERRERA; VALERIA CAMPOY-HERRERA,
     a minor, by and through her next friend,

12   RIGOBERTO CAMPOY,

13
                   Plaintiff,
14
     v.
15
     TUCSON MEDICAL CENTER, an Arizona
16   Corporation; J. MANUEL ARREGUIN, M.D.;
     EL RIO SANTA CRUZ NEIGHBORHOOD
17   HEALTH CENTER, INC. dba EL RIO
     OB/GYN ASSOCIATES, and Arizona
18   Corporation; ROGER OTTMAN, M.D.;
     EMCARE PHYSICIAN SERVICES, INC., an
19   Arizona Corporation; JOHN DOES I-V; JANE
     DOES I-V; ABC CORPORATIONS I-V, XYZ
20   LIMITED LIABILITY
     COMPANIES/PARTNERSHIPS I-V,
21
                   Defendants.
22

23   Case No.: CV2014-6643

24   **CERTIFICATE OF COMPULSORY**
          **ARBITRATION**

     *(Assigned to the*
     *Honorable Leslie B. Miller)*

25        Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through

26   undersigned counsel, hereby assert that they lack sufficient information to form an opinion

1   regarding whether this matter is or is not subject to compulsory arbitration.  Defendants can

2   only agree that based upon the assertion of Plaintiffs that this case is not subject to arbitration.

3      **RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

4

5                                    **HOLDEN & ARMER, P.C.**

6

7                        By: _____
                                Scott A. Holden, Esq.
8                               DeeDee Armer Holden, Esq.
                                6101 South Rural Road, Ste. 112
9                               Tempe, Arizona 85283
                                *Attorneys for Roger Ottman, M.D. and*
10                              *EmCare Physician Services, Inc.*

11

12  **ORIGINAL** filed with the Clerk of
    Pima County Superior Court
13  this 18th day of February, 2015.

14

15  **COPIES** mailed this same date to:

16  Louis Hollingsworth. Esq.
    Michael F. Kelly, Esq.
17  HOLLINGSWORTH KELLY ATTORNEYS
    3501 North Campbell, Suite 104
18  Tucson, Arizona 85719-2032
    *Attorneys for Plaintiff*
19

20  John F. Kelly, Esq.
    Mark D. Kamitomo, Esq.
21  THE MARKUM GROUP, INC., P.S.
    421 West Riverside Avenue, Suite 1060
22  Spokane, Washington 99201
    *Attorneys for Plaintiff*
23

24

25  _____

26

                                    2

1

❖ **Holden & Armer, P. C.**

2

Scott A. Holden, Esq. State Bar No. 013265

3

DeeDee Armer Holden, Esq. State Bar No. 014315
6101 South Rural Road, Suite 112

4

Tempe, Arizona 85283
(480) 656-0460

5

*Attorneys for Defendants Roger Ottman, M.D. and*

6

*EmCare Physician Services, Inc.*



7

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8

**IN AND FOR THE COUNTY OF PIMA**

9

10

MANUEL CUEN, as surviving son of
ARMIDA HERRERA; CRISTIAN CUEN, a

11

minor, by and through his next friend, ADELA
HERRERA; VALERIA CAMPOY-HERRERA,

12

a minor, by and through her next friend,
RIGOBERTO CAMPOY,

13

14

Plaintiff,

15

v.

16

TUCSON MEDICAL CENTER, an Arizona
Corporation; J. MANUEL ARREGUIN, M.D.;

17

EL RIO SANTA CRUZ NEIGHBORHOOD

18

HEALTH CENTER, INC. dba EL RIO
OB/GYN ASSOCIATES, and Arizona

19

Corporation; ROGER OTTMAN, M.D.;

20

EMCARE PHYSICIAN SERVICES, INC., an
Arizona Corporation; JOHN DOES I-V; JANE

21

DOES I-V; ABC CORPORATIONS I-V, XYZ
LIMITED LIABILITY

22

COMPANIES/PARTNERSHIPS I-V,

23

Defendants.

24

Case No.: CV2014-6643

**EXPERT WITNESS STATEMENT
PURSUANT TO A.R.S. §12-2603**

*(Assigned to the
Honorable Leslie B. Miller)*

25

Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through

26

undersigned counsel, hereby file their A.R.S. §12-2603 Statement and assert that expert

witness testimony **will** be necessary for Plaintiffs to prove the applicable standard of care and

1   all elements of liability.   Plaintiff has filed to file their A.R.S. §12-2603 Statement

2   notwithstanding requests to do so by undersigned defendants.

3   **RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

4

5   **HOLDEN & ARMER, P.C.**

6

7   By: _____
       Scott A. Holden, Esq.
8      DeeDee Armer Holden, Esq.
       6101 South Rural Road, Ste. 112
9      Tempe, Arizona 85283
10     *Attorneys for Roger Ottman, M.D. and*
       *EmCare Physician Services, Inc.*
11

12  **ORIGINAL** filed with the Clerk of
    Pima County Superior Court
13  this 18th day of February, 2015.

14
    **COPIES** mailed this same date to:
15
    Louis Hollingsworth. Esq.
16  Michael F. Kelly, Esq.
17  HOLLINGSWORTH KELLY ATTORNEYS
    3501 North Campbell, Suite 104
18  Tucson, Arizona 85719-2032
19  *Attorneys for Plaintiff*

20  John F. Kelly, Esq.
    Mark D. Kamitomo, Esq.
21  THE MARKUM GROUP, INC., P.S.
22  421 West Riverside Avenue, Suite 1060
    Spokane, Washington 99201
23  *Attorneys for Plaintiff*

24

25  _____

26

2

1

❖ **Holden & Armer, P. C.**

2  Scott A. Holden, Esq. State Bar No. 013265
DeeDee Armer Holden, Esq. State Bar No. 014315
3  6101 South Rural Road, Suite 112
Tempe, Arizona 85283
4  (480) 656-0460
5  *Attorneys for Defendants Roger Ottman, M.D. and*
*EmCare Physician Services, Inc.*
6

FILED
CLE...
15  FEB 23    **02/23/15**
                    2:23

BY_____
        DEPUTY

7         IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF PIMA

9

10  MANUEL CUEN, as surviving son of
ARMIDA HERRERA; CRISTIAN CUEN, a
11  minor, by and through his next friend, ADELA
HERRERA; VALERIA CAMPOY-HERRERA,
12  a minor, by and through her next friend,
RIGOBERTO CAMPOY,
13

14              Plaintiff,

15  v.

16  TUCSON MEDICAL CENTER, an Arizona
Corporation; J. MANUEL ARREGUIN, M.D.;
17  EL RIO SANTA CRUZ NEIGHBORHOOD
HEALTH CENTER, INC. dba EL RIO
18  OB/GYN ASSOCIATES, and Arizona
Corporation; ROGER OTTMAN, M.D.;
19  EMCARE PHYSICIAN SERVICES, INC., an
20  Arizona Corporation; JOHN DOES I-V; JANE
DOES I-V; ABC CORPORATIONS I-V, XYZ
21  LIMITED LIABILITY
COMPANIES/PARTNERSHIPS I-V,
22

23              Defendants.

24

Case No.: CV2014-6643

**JURY DEMAND**

*(Assigned to the*
*Honorable Leslie B. Miller)*

25      Defendants  Roger  Ottman,  M.D.  and  EmCare  Physicians  Services,  Inc.,  through

26  undersigned counsel, hereby demand trial by jury on all issues herein.

**RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

**HOLDEN & ARMER, P.C.**

By: _____

Scott A. Holden, Esq.
DeeDee Armer Holden, Esq.
6101 South Rural Road, Ste. 112
Tempe, Arizona 85283
*Attorneys for Roger Ottman, M.D. and*
*EmCare Physician Services, Inc.*

**ORIGINAL** filed with the Clerk of
Pima County Superior Court
this 18th day of February, 2015.

**COPIES** sent this same date to:

Louis Hollingsworth. Esq.
Michael F. Kelly, Esq.
HOLLINGSWORTH KELLY ATTORNEYS
3501 North Campbell, Suite 104
Tucson, Arizona 85719-2032
*Attorneys for Plaintiff*

John F. Kelly, Esq.
Mark D. Kamitomo, Esq.
THE MARKUM GROUP, INC., P.S.
421 West Riverside Avenue, Suite 1060
Spokane, Washington 99201
*Attorneys for Plaintiff*

_____

2

1    ❖ **Holden & Armer, P. C.**

2    Scott A. Holden, Esq. State Bar No. 013265

3    DeeDee Armer Holden, Esq. State Bar No. 014315
     6101 South Rural Road, Suite 112

4    Tempe, Arizona 85283

5    (480) 656-0460
     *Attorneys for Defendants Roger Ottman, M.D. and*

6    *EmCare Physician Services, Inc.*





7         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8            **IN AND FOR THE COUNTY OF PIMA**

9

10   MANUEL CUEN, as surviving son of                Case No.: CV2014-6643
     ARMIDA HERRERA; CRISTIAN CUEN, a

11   minor, by and through his next friend, ADELA
     HERRERA; VALERIA CAMPOY-HERRERA,            **DEFENDANTS'**

12   a minor, by and through her next friend,    **NOTICE OF INTENT TO USE**
     RIGOBERTO CAMPOY,                           **AUDIO/VIDEO TECHNOLOGY**

13

14            Plaintiff,                              *(Assigned to the*
                                                  *Honorable Leslie B. Miller)*
15   v.

16   TUCSON MEDICAL CENTER, an Arizona
     Corporation; J. MANUEL ARREGUIN, M.D.;

17   EL RIO SANTA CRUZ NEIGHBORHOOD
     HEALTH CENTER, INC. dba EL RIO

18   OB/GYN ASSOCIATES, and Arizona
     Corporation; ROGER OTTMAN, M.D.;

19   EMCARE PHYSICIAN SERVICES, INC., an

20   Arizona Corporation; JOHN DOES I-V; JANE
     DOES I-V; ABC CORPORATIONS I-V, XYZ

21   LIMITED LIABILITY

22   COMPANIES/PARTNERSHIPS I-V,

23            Defendants.

24

25       Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through

26   undersigned counsel, hereby give notice of their intent to use audio/video technology to

display deposition testimony and/or trial exhibits at trial. This may include, but is not limited

to, the use of Trial Director, PowerPoint software, and Zygote Body.

**RESPECTFULLY SUBMITTED** this 18th day of February, 2015.

**HOLDEN & ARMER, P.C.**

By: _____
Scott A. Holden, Esq.
DeeDee Armer Holden, Esq.
6101 South Rural Road, Ste. 112
Tempe, Arizona 85283
*Attorneys for Roger Ottman, M.D. and*
*EmCare Physician Services, Inc.*

**ORIGINAL** filed with the Clerk of
Pima County Superior Court
this 18th day of February, 2015.

**COPIES** sent this same date to:

Louis Hollingsworth. Esq.
Michael F. Kelly, Esq.
HOLLINGSWORTH KELLY ATTORNEYS
3501 North Campbell, Suite 104
Tucson, Arizona 85719-2032
*Attorneys for Plaintiff*

John F. Kelly, Esq.
Mark D. Kamitomo, Esq.
THE MARKUM GROUP, INC., P.S.
421 West Riverside Avenue, Suite 1060
Spokane, Washington 99201
*Attorneys for Plaintiff*

_____

2




### Pima County Clerk of Superior Court
### Tucson, Arizona

|  |  |  |  |
|---|---|---|---|
|  |  | Receipt Number: | 2450263 |
| Received for: | OTTMAN | Date: | 2/24/2015 |
| Received from: | HOLDEN & ARMER | Case Number: | C20146643 |
| Amount Received: | $162.00 | Clerk Number: | 211 |

Caption:     MANUEL CUEN ET AL. VS. TUCSON MEDICAL CENTER ET AL.

Cash: $0.00            Check: $162.00            Charge: $0.00            ACH: $0.00

*Begin Financial Docket*
_____

Answer (Jury-eligible)                                    $162.00      PAID

*End Financial Docket*
_____

Change Returned:    $0.00

Amount Refunded:    $0.00

Page 1 of 1

1
**CAVETT & FULTON**
A Professional Corporation
2   6035 E. Grant Road
Tucson, AZ 85712
3   (520) 733-0100
(520) 733-1800  Facsimile
4   E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com
5
Dan Cavett, State Bar 002903; PCC 8640
6   Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorneys for Defendant Tucson Medical Center
7

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2015 MAR 23  PM 1:33

K. YLVISAKER, DEPUTY

8                  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

                        **IN AND FOR THE COUNTY OF PIMA**

9
MANUEL CUEN, as surviving son of)   NO.   C2014-6643
10  ARMIDA HERRERA; CRISTIAN CUEN, a)
minor, by and through his next friend,)
11  ADELA HERRERA; VALERIA CAMPOY-)
HERRERA, a minor, by and through her)
12  next friend, RIGOBERTO CAMPOY,         )
                                          )
13          Plaintiffs,                    )
                                          )
14  vs.                                    )   **NOTICE OF COMPLIANCE**
                                          )
15  TUCSON MEDICAL CENTER, an Arizona)
Corporation; J. MANUEL ARREGUIN,)
16  M.D.; EL RIO SANTA CRUZ)
NEIGHBORHOOD HEALTH CENTER,)
17  INC., dba EL RIO OB/GYN)
ASSOCIATES, an Arizona Corporation;)   Assigned to
18  ROGER OTTMAN, M.D., EMCARE)   Judge Leslie B. Miller
PHYSICIAN SERVICES, INC., an Arizona)
19  Corporation; JOHN DOES I-V; JANE)
DOES I-V; ABC CORPORATIONS I-V;)
20  X Y Z   L I M I T E D   L I A B I L I T Y)
COMPANIES/PARTNERSHIPS I-V,)
21                                          )
            Defendants.                    )
22

23          Defendant Tucson Medical Center, by and through counsel undersigned, pursuant to
24  Rule 26.1(b)(1), *Arizona Rules of Civil Procedure*, hereby serve notice that they have
25  complied with Rule 26.2, *Arizona Rules of Civil Procedure*, and have provided counsel for
26  Plaintiffs and Co-Defendants, by mail, Armida Herrera's medical records and films.
27

28

1  DATED this _20_ day of March, 2015.

2                                                    CAVETT & FULTON, P.C.

3

4                                                    _____
                                                     Anne M. Fulton-Cavett, Attorneys for
5                                                    Defendant Tucson Medical Center

6

7    COPY of the foregoing mailed this
8    _20_ day of March, 2015 to:

9    Louis Hollingsworth
     Michael F. Kelly
10   John F. Kelly
     HOLLINGSWORTH KELLY, PLLC
11   3501 N. Campbell Ave., Ste. 104
     Tucson, AZ 85719
12   *Co-Counsel for Plaintiffs*

13   Mark D. Kamitomo
     THE MARKHAM GROUP, INC., P.S.
14   421 W. Riverside, Ste. 1060
     Spokane, WA 99201
15   *Co-Counsel for Plaintiffs*

16   Scott A. Holden
     DeeDee Armer Holden
17   HOLDEN & ARMER, PC
     6101 S. Rural Road, Suite 112
18   Tempe, AZ  85283
     *Attorneys for Defendants Roger Ottman, MD,*
19      *and EmCare Physician Services, Inc.*

20

21

22

23

24

25

26

27

28

                                    2

First Legal Network
10 East Broadway, Suite 105
Tucson, AZ 85701
P: (520) 798-2200  F: (520) 798-2201

**FILED**
TONI L. HELLON
CLERK, SUPERIOR COURT

**15 JAN 28  PM 1:51**

S. GRAHAM Deputy Johnson

IN THE ARIZONA SUPERIOR COURT PIMA COUNTY
STATE OF ARIZONA COUNTY OF PIMA

MANUEL CUEN
VS.
TUCSON MEDICAL CENTER, an Arizona corporation

STATE OF ARIZONA
PIMA COUNTY

Case No.:C20146643

AFFIDAVIT OF SERVICE

CLIENT REF:13-023

## AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an officer for the Court.  On 1/21/2015 I received a copy of the CIVIL SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CERTIFICATE REGARDING EXPERT OPINION TESTIMONY; DEMAND FOR JURY TRIAL; NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT TUCSON MEDICAL CENTER; NONUNIFORM INTERROGATORIES PROPOUNDED BY PLAINTIFFS UPON DEFENDANT TUCSON MEDICAL CENTER; REQUESTS FOR PRODUCTIONS FOR DOCUMENTS PROPOUNDED BY PLAINTIFFS UPON DEFENDANT TUCSON MEDICAL CENTER from HOLLINGSWORTH KELLY

On 1/22/2015 at 1:21 PM at 5301 E. Grant Rd., Tucson, AZ 85712 I served TUCSON MEDICAL CENTER, an Arizona corporation, BY SERVICE UPON ITS STATUTORY AGENT TIM A. HARTIN with the above listed documents by then and there personally delivering a true and correct copy of the documents by leaving with TIM HARTIN whose relationship is CHIEF LEGAL OFFICER.

Physical description of person served: Gender: Male Race: WHITE Age: 44 Height: 61 Weight: 180 Hair: BALD Eyes: UNKNOWN

**CIVIL**

Subscribed and sworn before me, a Notary Public,
this 27th day of January, 2015

Patricia Cervantez, Notary Public
My Commision expires:

Service - Routine
Mileage
Notary
TOTAL:        $ 61.20

Darin R. Clark                                    Affiant

Sworn before me on 1/27/2015

OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Nov

P106204 - 13-023



*698722*

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
15 MAY -8 PM 1:31
K. YLVISAKER, DEPUTY

EZ Messenger
355 S. Euclid Ave., #103
Tucson, AZ 85719
520.623.8436
Fax#: 520.624.1819

In The PIMA COUNTY SUPERIOR COURT
State of ARIZONA, County of PIMA

**Affidavit of Service**

Case No.:**C20146643**
Court Date:**05/25/2015** at **10:00 AM**
Judge:Judge Leslie Miller

**Manuel Cuen, et al.**
Vs.
**Tucson Medical Center, et al.**

The Affiant, being sworn, states: That I am a private process server registered in **MARICOPA COUNTY** and an officer of the court. On 04/27/2015 I received **CIVIL SUBPOENA DUCES TECUM; EXHIBIT A; RECORD REQUEST; AFFIDAVIT OF CUSTODIAN OF RECORDS; NOTICE OF DEPOSITION DUCES TECUM; CERTIFICATE OF DEATH; AUTHORIZATION** from CAVETT & FULTON, P.C. and by **Anne M. Fulton-Cavett**. In each instance I personally served 1 copy(ies) of each document listed above upon: **CUSTODIAN OF RECORDS FOR SOUTHWEST AMBULANCE / RURAL METRO CORPORATION., BY SERVICE UPON ITS STATUTORY AGENT, CT CORPORATION**, by leaving with **GAIL FLOCK, CUSTOMER SERVICE REPRESENTATIVE**, stated authorized to accept, at **3800 N CENTRAL STE 460** in Phoenix, AZ 85012 in **MARICOPA** County, on 04/29/2015 at 11:30 AM.

Additional Comments:GAIL FLOCK STATED SHE IS ACCEPTING SERVICE FOR SOUTHWEST AMBULANCE.

**CIVIL**

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 50-55 Height: 5ft 5in Weight: 200 Hair: Gray

| | |
|---|---|
| SERVICE OF PROCESS | $ 16.00 |
| MILES | $ 16.80 |
| SERVICE FEE | $ 8.00 |
| AFFIDAVIT / NOTARY | $ 10.00 |

MICHAEL CANDELARIA          Affiant
Sworn to before me 05/01/2015

**TOTAL:**          $ 50.80

Client Ref: TMC v. Herrera
Client: CAVETT & FULTON, P.C.

Commission expires:

LOLA J. FERGUSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 3, 2018

CIVIL

1 **CAVETT & FULTON**
A Professional Corporation
2 6035 E. Grant Road
Tucson, AZ 85712
3 (520) 733-0100
(520) 733-1800 Facsimile
4 E-mail: Dan@CavettandFulton.com
E-mail: Anne@CavettandFulton.com
5
Dan Cavett, State Bar 002903; PCC 8640
6 Anne M. Fulton-Cavett, State Bar 016502; PCC 64998
Attorneys for Defendant Tucson Medical Center
7

8 IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9 IN AND FOR THE COUNTY OF PIMA

10 MANUEL CUEN, as surviving son of)   NO.   C2014-6643
ARMIDA HERRERA; CRISTIAN CUEN, a)
11 minor, by and through his next friend,)
ADELA HERRERA; VALERIA CAMPOY-)
12 HERRERA, a minor, by and through her)
next friend, RIGOBERTO CAMPOY,)
13
Plaintiffs,)
14
vs.)
15                                              CIVIL SUBPOENA DUCES TECUM
TUCSON MEDICAL CENTER, an Arizona)
16 Corporation; J. MANUEL ARREGUIN,)
M.D.; EL RIO SANTA CRUZ)
17 NEIGHBORHOOD HEALTH CENTER,)
INC., dba EL RIO OB/GYN ASSOCIATES,)
18 an Arizona Corporation; ROGER)
OTTMAN, M.D., EMCARE PHYSICIAN)
19 SERVICES, INC., an Arizona Corporation;)
JOHN DOES I-V; JANE DOES I-V; ABC)   Assigned to
20 CORPORATIONS I-V; XYZ LIMITED)   Judge Leslie B. Miller
LIABILITY COMPANIES/PARTNERSHIPS)
21 I-V,)
22                 Defendants.)

23

24 **THE STATE OF ARIZONA SENDS GREETINGS TO:** *See* **Exhibit A** attached hereto

25 **YOU ARE HEREBY COMMANDED** to attend and give testimony or to produce and permit
inspection and copying, designated books, documents or tangible things in the possession,
26 custody or control of that person, or to permit inspection of premises, as designated in
**Exhibit A** attached hereto.  **You may choose to NOT appear personally for deposition**
27 **if you produce by mail, messenger or other means all records as designated in Exhibit
A and the "Record Request."**

28

1    **BEFORE WHOM APPEARANCE TO BE MADE: Personal appearance is not necessary if you produce all records as designated in attached Exhibit A and "Record Request."**

2    *See* **Exhibit A** attached hereto

3    **DATE AND TIME OF APPEARANCE:** *See* **Exhibit A** attached hereto

4          Requests for reasonable accommodation for persons with disabilities must be made to the Court by parties at least 3 working days in advance of a scheduled Court proceeding.

5

6          **IF YOU FAIL TO APPEAR AS ORDERED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.**

7          If you have any questions concerning your appearance, please call the attorney whose name appears below.

8          WITNESS My Hand and the Seal of the Superior Court this ___ day of_____, 20__.

     **APR 2 7 2015**

9

10         PIMA COUNTY SUPERIOR COURT

11

12         Toni Hellon
           Superior Court Clerk

13   <u>**Your Duties In Responding To This Subpoena**</u>   **Lisa Cole**

14         You have the duty to produce the documents requested as they are kept by you in the usual course of business, or you may organize the documents and label them to correspond

15   with the categories set forth in the Subpoena.  *See* Rule 45(d)(1) of the *Arizona Rules of Civil Procedure.*

16

17         If this Subpoena asks you to produce and permit inspection and copying of designated books, papers, documents, tangible things, or the inspection of premises, you need not

18   appear to produce the items unless the Subpoena states that you must appear for a deposition, hearing or trial.  *See* Rule 45(c)(2)(A) of the *Arizona Rules of Civil Procedure.*

19

20   <u>**Your Right To Object**</u>

21         The party or attorney serving the Subpoena has a duty to take reasonable steps to avoid imposing an undue burden or expense on you.  The Superior Court enforces this duty

22   and may impose sanctions upon the party or attorney serving the Subpoena if this duty is breached.  *See* Rule 45(c)(1) of the *Arizona Rules of Civil Procedure.*

23         If you object because you claim the information requested is privileged or subject to protection as trial preparation material, you must express the objection clearly, and support

24   each objection with a description of the nature of the document, communication or item not produced so that the demanding party can contest the claim.  *See* Rule 45(d)(2) of the

25   *Arizona Rules of Civil Procedure.*

26         If you object to the Subpoena in writing you do not need to comply with the Subpoena until a Court orders you to do so.  It will be up to the party or attorney serving the Subpoena

27   to seek an order from the Court to compel you to provide the documents or inspection

28

            2

1   requested, after providing notice to you.  *See* Rule 45(c)(2)(B) of the *Arizona Rules of Civil
2   Procedure.*

3          You may object to this Subpoena if you feel that you should not be required to
    respond to the request(s) made.  Any objection to this Subpoena must be made within 14
4   days after it is served upon you, or before the time specified for compliance, by providing a
    written objection to the party or attorney serving the Subpoena.  *See* Rule 45(c)(2)(B) of the
5   *Arizona Rules of Civil Procedure.*

6          If you are not a party to the litigation, or an officer of a party, the Court will issue an
    order to protect you from any significant expense resulting from the inspection and copying
7   commanded.  *See* Rule 45(c)(2)(B) of the *Arizona Rules of Civil Procedure.*

8          You also may file a motion in the Superior Court of the county in which the case is
    pending to quash or modify the Subpoena if the Subpoena:
9   1.    does not provide a reasonable time for compliance;
    2.    requires a non-party or officer of a party to travel to a county different from the county
10        where the person resides or does business in person; or to travel to a county different
          from where the Subpoena was served; or to travel to a place farther than 40 miles
11        from the place of service; or to travel to a place different from any other convenient
          place fixed by an order of a Court, except that a Subpoena for you to appear and
12        testify at trial can command you to travel from any place within the state;
    3.    requires the disclosure of privileged or protected information and no waiver or
13        exception applies; or
    4.    subjects you to an undue burden.  *See* Rule 45(c)(3)(A) of the *Arizona Rules of Civil
14        Procedure.*

15         If this Subpoena:

16  1.    requires disclosure of a trade secret or other confidential research, development, or
          commercial trade information; or
17  2.    requires disclosure of an unretained expert's opinion or information not describing
          specific events or occurrences in dispute and resulting from the expert's study made
18        not at the request of any party; or
    3.    requires a person who is not a party or an officer of a party to incur substantial travel
19        expense;

20         The Court may either quash or modify the Subpoena, or the Court may order you to
    appear or produce documents only upon specified conditions, if the party who served the
21  Subpoena shows a substantial need for the testimony or material that cannot be otherwise
    met without undue hardship and assures that you will be reasonably compensated.  *See*
22  Rule 45(c)(3)(B) of the *Arizona Rules of Civil Procedure.*

23         DATED this 21 day of April, 2015.

24                                            CAVETT & FULTON, P.C.

25

26                                            _____
                                              Anne M. Fulton-Cavett, Attorneys for
27                                            Defendant Tucson Medical Center

28

                                        3

1   Copy of the foregoing mailed
    this 27 day of April, 2015 to:
2
    Louis Hollingsworth
3   Michael F. Kelly
    John F. Kelly
4   HOLLINGSWORTH KELLY, PLLC
    3501 N. Campbell Ave., Ste. 104
5   Tucson, AZ 85719
    *Co-Counsel for Plaintiffs*
6
    Mark D. Kamitomo
7   THE MARKHAM GROUP, INC., P.S.
    421 W. Riverside, Ste. 1060
8   Spokane, WA 99201
    *Co-Counsel for Plaintiffs*
9
    Scott A. Holden
10  DeeDee Armer Holden
    HOLDEN & ARMER, PC
11  6101 S. Rural Road, Suite 112
    Tempe, AZ 85283
12  *Attorneys for Defendants Roger Ottman, MD,*
    *and EmCare Physician Services, Inc.*
13

14  *[signature]*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT A

THE STATE OF ARIZONA TO:           **Custodians of Records of**

**Southwest Ambulance/**
**Rural Metro Corporation**
**Attn: Privacy Officer**
**2390 E. Camelback Road**
**Phoenix, AZ 85016**

BEFORE WHOM APPEARANCE TO BE MADE:        **Notary Public**

DATE AND TIME OF APPEARANCE:     **Monday, May 25, 2015 at 10:00 a.m.**

PLACE OF APPEARANCE:             **Cavett & Fulton, P.C.**
**6035 E. Grant Rd.**
**Tucson, AZ  85712**
**(520) 733-0100**

       YOU ARE ALSO  COMMANDED to bring with you and produce **ANY AND ALL RECORDS FROM THIS PROVIDER AND OTHER PROVIDERS OR FACILITIES WHICH HAVE BEEN INCORPORATED INTO THIS PATIENT'S CHART, TO INCLUDE:**

       Any and all medical records, including but not limited to all reports of every kind, notes, charts, orders of every kind, any and all records of prescriptions written and medication samples given,  copies of all prescriptions written, any collected literature and research in the patient's file, all records on microfiche; any and all mental health records; information regarding treatment for drug or alcohol abuse, as defined in 42 C.F.R. §2.11; information regarding testing and treatment for HIV or other communicable diseases, as defined in A.R.S. §36-661; any and all correspondence and intra and inter-office memoranda pertaining to the patient in any way; any and all diagnostic tests of any kind and their results and reports including but not limited to x-ray films, ultrasounds, CT scans, pathology slides, slides of any kind, mammogram films, MRI's; hospital records; other medical providers' and institutions' records; correspondence including but not limited to that sent to any attorney or from any attorney or any representative of the patient; personal history and information sheets and forms; any and all documents pertaining to applications for insurance, insurance forms, and any and all correspondence,  intra and inter-office memoranda regarding insurance; any and all physical therapy records; handwritten and typed notes, patient billing and statements, any and all information contained in and on the file folder jacket and in the computer files of the patient, and each and every piece of information, including any and all electronic materials, computer files, and electronically stored data pertaining to:

                                 **Armida Herrera**
                                 **DOB: 1/28/1977**

# CAVETT & FULTON

A Professional Corporation
Attorneys at Law

Dan Cavett
Anne M. Fulton-Cavett

6035 E. Grant Rd.
Tucson, AZ 85712
(520) 733-0100
Fax:   (520) 733-1800

# RECORD REQUEST

Dear Custodian of Records,

Attached please find a subpoena requesting records and documents (please retain the subpoena for your records), a deposition requesting records and documents, and an Affidavit of Custodian of Records. Your facility has been identified as possessing records pertinent to the named lawsuit. In order for the records to be admissible in court for this lawsuit, please follow the following guidelines:

1)      Please make legible copies of **ALL** records outlined in the subpoena .
   - **SINGLE SIDED COPIES ONLY** (please separate front and back copies onto separate pages)
   - **LETTER SIZE COPIES ONLY, 8.5" X 11"** (please no legal size copies unless unable to reduce)
   - **NO STAPLES IN COPIES, PLEASE**
   - If legible copy of records is not possible, note the reason on the Affidavit of Custodian of Records

2)      Fill out the Affidavit of Custodian of Records completely and carefully. The Affidavit should be typed or written legibly in black ink. Should you make an error on the Affidavit, make one line through the error, write in the correct information and initial it. Please do NOT use liquid paper as the courts frown upon corrections made in this manner.

3)      Have all signatures notarized and affixed with the notary's seal.

4)      Please call my assistant Jonelle Bankemper prior to making copies if the fee for the records will exceed $50. Please be advised that, pursuant to A.R.S. §12-351, if you are going to mail the records to us rather than appear, you may charge us no more than $0.10 cents for each page for standard reproduction of documents and a reasonable fee for clerical costs not to exceed $10.00 per hour for each person involved.

You may mail the completed set of documents back to our office, or if you are in the Tucson area you may call our office to schedule an appointment to drop off the records with our notary.

Thank you in advance for your prompt attention to this matter. If you have any questions, please do not hesitate to contact my assistant, Jonelle, at (520) 733-0100.

Very truly yours,
Anne M. Fulton-Cavett

## **\*\*PLEASE CONFIRM RECEIPT WITHIN 7 DAYS\*\***

# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF _____ )
                                                    ) ss.
County of _____ )

**Armida Herrera**
**DOB: 1/28/1977**

Before me, the undersigned authority, on this day personally appeared the affiant, who by me being duly sworn, deposed as follows:

1)   My name is _____, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2)   I am the duly authorized Custodian of the records attached/forwarded herewith, and I have the authority to certify the records. These records are being forwarded from the offices of_____.

(Choose one)

3)   a.____Attached hereto are records pertaining to **Armida Herrera**. The records attached hereto are the originals or exact duplicates of the originals and nothing has been removed or deleted from the original file before making these copies.

b.____Copies of the records requested in the attached Subpoena Deuces Tecum and accompanying Notice of Deposition Deuces Tecum could not be produced for the following reason:_____

_____
Affiant

SUBSCRIBED AND SWORN to before me this ____ day of _____, 20____.

_____
Notary Public

My Commission Expires:

<u>Please use the space below and/or the back of this page for any additional comments or notes</u>

| | |
|---|---|
| 1 | # CAVETT & FULTON |
| 2 | A Professional Corporation<br>6035 E. Grant Road |
| 3 | Tucson, AZ 85712<br>(520) 733-0100 |
| 4 | (520) 733-1800 Facsimile<br>E-mail: Dan@CavettandFulton.com<br>E-mail: Anne@CavettandFulton.com |
| 5 | |
| 6 | Dan Cavett, State Bar 002903; PCC 8640<br>Anne M. Fulton-Cavett, State Bar 016502; PCC 64998 |
| 7 | Attorneys for Defendant Tucson Medical Center |

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

| | | | |
|---|---|---|---|
| 10 | MANUEL CUEN, as surviving son of<br>ARMIDA HERRERA; CRISTIAN CUEN, a | ) | NO.   C2014-6643 |
| 11 | minor, by and through his next friend,<br>ADELA HERRERA; VALERIA CAMPOY-<br>HERRERA, a minor, by and through her | ) | |
| 12 | next friend, RIGOBERTO CAMPOY, | ) | |
| 13 |         Plaintiffs, | ) | |
| 14 | vs. | ) | |
| 15 | TUCSON MEDICAL CENTER, an Arizona | ) | **NOTICE   OF   DEPOSITION   DUCES**<br>**TECUM** |
| 16 | Corporation;  J.  MANUEL  ARREGUIN,<br>M.D.;   EL   RIO   SANTA   CRUZ<br>NEIGHBORHOOD HEALTH CENTER, | ) | |
| 17 | INC.,   dba   EL   RIO   OB/GYN<br>ASSOCIATES, an Arizona Corporation; | ) | |
| 18 | ROGER   OTTMAN,   M.D.,   EMCARE<br>PHYSICIAN SERVICES, INC., an Arizona | ) | Assigned to |
| 19 | Corporation;  JOHN DOES  I-V;  JANE<br>DOES I-V; ABC CORPORATIONS I-V; | ) | Judge Leslie B. Miller |
| 20 | X Y Z   L I M I T E D   L I A B I L I T Y<br>COMPANIES/PARTNERSHIPS I-V, | ) | |
| 21 | | ) | |
| 22 |         Defendants. | ) | |

23       YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, *Arizona Rules of*

24   *Civil Procedure* the depositions will be taken upon oral examination of the persons whose

25   names and addresses are stated below before an officer authorized by law to administer

26   oaths.  If the names are not known, a general description sufficient to identify those persons

27   or the particular classes or groups to which those persons belong is given below.

28

PERSONS TO BE EXAMINED:      **Custodians of Records of**

**Southwest Ambulance/
Rural Metro Corporation
Attn: Privacy Officer
2390 E. Camelback Road
Phoenix, AZ 85016**

DATE AND TIME OF DEPOSITIONS:   **Monday, May 25, 2015 at 10:00 a.m.**

PLACE OF DEPOSITIONS:        **Cavett & Fulton, P.C.
6035 E. Grant Rd.
Tucson, AZ  85712
(520) 733-0100**

**NOTICE TO PATIENT OR LEGAL REPRESENTATIVE:**

     The accompanying Subpoena seeks production of medical records, information, and tangible evidence which may be privileged under State or Federal law.  If you object to the production of these records, you are advised to file a written objection with us and with the health care provider no later than five business days before the production date indicated on the Subpoena.  You may wish to consult an attorney regarding the Subpoena.

     DATED this _27_ day of April, 2015.

                              CAVETT & FULTON, P.C.

                              Anne M. Fulton-Cavett, Attorneys for
                              Defendant Tucson Medical Center

Copy of the foregoing mailed
this 27 day of April, 2015 to:

Louis Hollingsworth
Michael F. Kelly
John F. Kelly
HOLLINGSWORTH KELLY, PLLC
3501 N. Campbell Ave., Ste. 104
Tucson, AZ 85719
*Co-Counsel for Plaintiffs*

2

1   Mark D. Kamitomo
     THE MARKHAM GROUP, INC., P.S.
2   421 W. Riverside, Ste. 1060
     Spokane, WA 99201
3   *Co-Counsel for Plaintiffs*

4   Scott A. Holden
     DeeDee Armer Holden
5   HOLDEN & ARMER, PC
     6101 S. Rural Road, Suite 112
6   Tempe, AZ  85283
     *Attorneys for Defendants Roger Ottman, MD,*
7     *and EmCare Physician Services, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

BEST COPY

## CERTIFICATION OF VITAL RECORD

# STATE OF ARIZONA

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH                    State File NO. 102- 2013-001112

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| ARMIDA ISELA HERRERA MORANDO | | JANUARY 12, 2013 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER: | 6. DATE OF BIRTH | 7. AGE | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |
|---|---|---|---|---|---|---|---|
| FEMALE | 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 | 01/28/1977 | 35 | UNDER 1 YEAR | UNDER 1 DAY | | |

| 12. PLACE OF DEATH - HOSPITAL: | 13. PLACE OF DEATH - OTHER THAN HOSPITAL: |
|---|---|
| ☐ INPATIENT  ☐ E.R./OUTPATIENT  ☐ DEAD ON ARRIVAL | ☐ NURSING HOME OR LONG TERM CARE FACILITY  ☐ RESIDENCE  ☒ HOSPICE FACILITY  ☐ OTHER |

| 14. FACILITY NAME OR STREET ADDRESS IF NOT A FACILITY: | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH | 16. COUNTY OF DEATH |
|---|---|---|
| PEPPI'S HOUSE | TUCSON 85712-6111 | PIMA |

| 17. DECEDENT'S BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IN WIFE) |
|---|---|---|
| MEXICO | DIVORCED | |

| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS: | 21. CITY AND COUNTY: | 22. STATE | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES |
|---|---|---|---|---|
| 5352 S 6TH AVE | TUCSON, PIMA | ARIZONA | 85706 | NO |

| 25. WAS DECEDENT OF HISPANIC ORIGIN? | 26. DECEDENT'S RACE(S): | | |
|---|---|---|---|
| ☐ NO, NOT SPANISH, HISPANIC OR LATINO | ☒ WHITE | ☐ OTHER ASIAN (SPECIFY) | 27. IF AMERICAN INDIAN OR ALASKA NATIVE, SPECIFY UP TO 3 TRIBES, PRIMARY OR ENROLLED TRIBE: |
| ☒ YES, MEXICAN, MEXICAN AMERICAN, CHICANO | ☐ BLACK, AFRICAN AMERICAN | | |
| ☐ YES, PUERTO RICAN | ☐ NATIVE HAWAIIAN | ☐ OTHER PACIFIC ISLANDER (SPECIFY) | ADDITIONAL TRIBE: |
| ☐ YES, CUBAN | ☐ (C) ASIAN INDIAN | | |
| ☐ YES, OTHER (SPECIFY) | ☐ CHINESE | ☐ OTHER (SPECIFY) | ADDITIONAL TRIBE: |
| | ☐ FILIPINO | | |
| | ☐ JAPANESE | | |
| ☐ UNKNOWN | ☐ GUAMANIAN OR CHAMORRO | | ADDITIONAL TRIBE: |
| 28. OCCUPATION: | ☐ KOREAN | | |
| WAITRESS | ☐ VIETNAMESE | ☐ UNKNOWN | ADDITIONAL TRIBE: |
| | ☐ SAMOAN | | |
| | ☐ AMERICAN INDIAN OR ALASKA NATIVE | | |

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST) | 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| OSCAR HERRERA | ADELA MORANDO |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| RAQUEL HERRERA | SISTER | 5352 S 6TH AVE, TUCSON, ARIZONA 85706 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| FUNERARIA DEL ANGEL SOUTH LAWN, 5401 S. PARK, TUCSON, AZ | NATHAN D FRIEND, FUNERAL DIRECTOR | F1170 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| BURIAL | SOUTH LAWN CEMETERY, TUCSON, ARIZONA | NONE |

MEDICAL CERTIFICATION OF CAUSE OF DEATH (PART I)

| 40. IMMEDIATE CAUSE OF DEATH | | 41. APPROXIMATE INTERVAL: |
|---|---|---|
| 40. A | HYPOXIC ENCEPHALOPATHY | UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: 40. B | CARDIAC ARREST | 43. APPROXIMATE INTERVAL: UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: 44. C | HYPOVOLEMIC SHOCK | 45. APPROXIMATE INTERVAL: UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: 46. D | UTERINE BLEEDING POST CESAREAN SECTION | 47. APPROXIMATE INTERVAL: UNKNOWN |

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN ABOVE: | 49. INJURY | 50. INJURY AT WORK? | 51. MANNER OF DEATH | 52. TIME OF DEATH |
|---|---|---|---|---|
| | NO | NO | NATURAL DEATH | 2315 |
| | NO | | 53. WAS AN AUTOPSY PERFORMED? NO | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |

| | 55. NAME OF PERSON COMPLETING CAUSE OF DEATH: | 56. DATE CERTIFIED: |
|---|---|---|
| ☒ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated. | | 01/15/2013 |
| ☐ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | LAWRENCE LINCOLN, M.D. | |

| 57. CERTIFIER'S ADDRESS: | 58. NAME OF REGISTRAR: | 59. DATE REGISTERED: |
|---|---|---|
| 5879 E. GRANT RD. TUCSON, AZ 85712-2211 | AUDREY ROGERS | 01/18/2013 |

DATE ISSUED: 01/23/2013

*Patricia Adams*

This is a true certification of the facts on file with the OFFICE OF VITAL RECORDS,
ARIZONA DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA.
Revised 04/2010

PATRICIA ADAMS
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

Arizona
Department of
Health Services

**NEXT-OF-KIN:**

I, _Manuel Cuen_____, am the legal Next- Of –Kin to the Decedent named

above. I hereby give my permission to have the decedent's blood/ specimens / medical records

purposes stated above by the Requestor (s).

**NEXT-OF-KIN:**

Name: <u>Armida Isela Herrera</u>
c/o Louis Hollingsworth, Esq.
Address: <u>3501 N. Campbell Ave., #104</u>         City: <u>Tucson</u>

State: <u>Arizona</u>____ Zip Code: <u>85719</u>   Telephone: <u>520-882-8080</u>

Relationship to Decedent: <u>SON</u>

Signature: _Manuel Cuen_____

**NOTARY PUBLIC:**

State of _Arizona_____ )
                        )
County of _Pima_____ )

Subscribed and sworn (or affirmed) before me this _24t_ day of
_April_____, 20_5_.

_Sarah M Gordon_____
                 Notary Public

(seal)        My commission expires _5- 7- 2017_

SARAH M GORDON
Notary Public - Arizona
Pima County
My Comm. Expires May 7, 2017

_____

For Official Use Only

Form sent by: _____

Prepared by: _____
      Specimen Preparation:

_____ Samples @ $_____ ea. $_____
      Analysis Fees:                    $_____
      Shipping Fees:                    $_____
      Handling Fees:                    $_____

      Total Fees and Charges:        $_____

Date: _____ Receipt No. _____

C 20146643

## REQUEST FOR RECORDS AND/OR AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

I authorize _____Southwest Ambulance_____ to disclose Protected Health Information ("PHI") from the health records of:

Patient name:_____Armida Herrera_____ Date of Birth: 1/28/1977  Address: Not Available  Phone Number: Not Available
Social Security #:_____ Patient medical record number or other identifiers: _____

I authorize PHI from onset of care to the present time to be disclosed to: Cavett & Fulton, P.C. at 6035 E. Grant Road, Tucson, AZ 85712; (520) 733-0100; (520) 733-1800 fax.

The following information is to be disclosed: **any and all medical records, including but not limited to all reports of every kind, notes, charts, orders of every kind, any and all records of prescriptions written and medication samples given, copies of all prescriptions written, any collected literature and research in my/the patient's file, telephone messages and facsimiles, all records on microfiche; any and all correspondence and intra and inter-office memoranda; any and all mental health records; any and all diagnostic tests of any kind and their results and reports including but not limited to x-ray films, ultrasounds, CT scans, pathology slides, slides of any kind, mammogram films, MRI's; hospital records; mental health records; other medical providers' and institutions' records; correspondence including but not limited to that sent to any attorney or from any attorney or any representative of my/the patient's self; personal history and information sheets and forms; any and all documents pertaining to applications for insurance, insurance forms, and any and all correspondence, memorandum, facsimile correspondence, intra and inter-office memoranda regarding insurance; any and all physical therapy records; handwritten and typed notes, patient billing and statements, any and all information contained in and on my/the patient's file folder jacket and in my/the patient's computer files, each and every piece of information, including any and all electronic materials, computer files, and electronically stored data; and any other document containing information about my/the patient's examinations, evaluations, care, and treatment.  This includes all documents, irrespective of whether they have been produced by you or at your facility.**

The purpose for the disclosure is: **for purposes of patient's medical malpractice claim.**

I authorize the provider to use or disclose information related to:
  ✓   AIDS/HIV and other Communicable Diseases
  ✓   Behavioral Health Care/Psychiatric Care
  ✓   Alcohol and/or Drug Abuse Treatment
  ✓   Genetic Testing Information

I understand that this authorization does not give Cavett & Fulton, or representatives thereof, the right to discuss my medical records, in any way, with my medical providers.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by the federal privacy regulations and may be re-disclosed by the person or organization that receives the information.

I understand that the Hospital or provider will not condition treatment on my signing this authorization. The Hospital or provider will not deny me treatment if I do not wish to sign this form. I may refuse to sign this authorization form.

I also understand that I may revoke this authorization at any time, with some exceptions. For more details on when I can and cannot revoke this authorization, I can refer to this Hospital or provider's Notice of Privacy Practices.

To revoke my authorization, I must submit a written request to the recipient of the initial authorization.  However, the undersigned may not revoke the authorization retroactively for information released.

A photocopy of this authorization shall be as valid and acceptable as the original and applies to past and future records.

This authorization shall be considered invalid after 1 year from the date of signing.

_____          _____
Signature of Patient                                Date

If the patient is unable to consent by reason of age or other factors, state reasons and attach documentation:_____

*Maria Nunn*          *4/29/15*          *Son*
Legally Authorized Representative          Date          Relationship to Patient

Identification verified by: _____
PLEASE NOTE: PURSUANT TO SECTION 164.512(e) OF THE FEDERAL HIPAA PRIVACY REGULATIONS (45 CFR 164.512(e)), A HIPAA COMPLIANT AUTHORIZATION IS NOT REQUIRED FOR THE DISCLOSURE OF PROTECTED HEALTH INFORMATION TO COMPLY WITH A SUBPOENA OR OTHER COURT ORDER. SUCH AS THE SUBPOENA WHICH ACCOMPANIES THIS AUTHORIZATION, CONSEQUENTLY, THIS MEDICAL AUTHORIZATION RELEASE AND THE ACCOMPANYING SUBPOENA OR COURT ORDER IS ALL THAT IS REQUIRED FOR YOUR OFFICE TO LAWFULLY RELEASE PROTECTED HEALTH INFORMATION.