❖ **Holden & Armer, P. C.**
Scott A. Holden, Esq. State Bar No. 013265
Carolyn Armer Holden, Esq. State Bar No. 014315
6101 South Rural Road, Suite 112
Tempe, Arizona 85283
(480) 656-0460
*Attorneys for Defendants Roger Ottman, M.D. and*
   *EmCare Physician Services, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MANUEL CUEN, as surviving son of ARMIDA HERRERA; CRISTIAN CUEN, a minor, by and through his next friend, ADELA HERRERA; VALERIA CAMPOY-HERRERA, a minor, by and through her next friend, RIGOBERTO CAMPOY,<br><br>             Plaintiff,<br>v.<br><br>TUCSON MEDICAL CENTER, an Arizona Corporation; J. MANUEL ARREGUIN, M.D.; EL RIO SANTA CRUZ NEIGHBORHOOD HEALTH CENTER, INC. dba EL RIO OB/GYN ASSOCIATES, and Arizona Corporation; ROGER OTTMAN, M.D.; EMCARE PHYSICIAN SERVICES, INC., an Arizona Corporation; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V, XYZ LIMITED LIABILITY COMPANIES/PARTNERSHIPS I-V,<br><br>             Defendants. | Case No.: 4:15-CV-00302-TUC-DCB<br><br>**NOTICE OF NON-PARTY AT FAULT**<br><br>*(Assigned to the Honorable David C. Bury)* |

Defendants Roger Ottman, M.D. and EmCare Physicians Services, Inc., through undersigned counsel, hereby reserve the right to designate one or more non-parties at fault pursuant to A.R.S. § 12-2506 and <u>Lyphomed v. Superior Court</u>, 837 P.2d 1158 (Ariz. App.

1992), if and when appropriate. Discovery in this case is in the very early stages and <u>Duquette v. Superior Court</u> bars Defendants from communicating with Plaintiff's medical providers. Defendants have not had a reasonable opportunity to investigate or evaluate whether any specific individuals or entities may be at fault in this case. Therefore, these Defendants reserve the right to make one or more specific non-party at fault designations in the future.

**RESPECTFULLY SUBMITTED** this 22nd day of July, 2015.

**HOLDEN & ARMER, P.C.**

By: /s/ Scott Holden
Scott A. Holden, Esq.
Carolyn Armer Holden, Esq.
6101 South Rural Road, Ste. 112
Tempe, Arizona 85283
*Attorneys for Roger Ottman, M.D. and EmCare Physician Services, Inc.*

**ORIGINAL** filed with the Clerk of Court this 22nd day of July, 2015.

**ORIGINAL** mailed this same date to:

Louis Hollingsworth. Esq.
Michael F. Kelly, Esq.
HOLLINGSWORTH KELLY ATTORNEYS
3501 North Campbell, Suite 104
Tucson, Arizona 85719-2032
lhollingsworth@hollingsworthkelly.com
mkelly@hollingsworthkelly.com
*Attorneys for Plaintiff*

1  **COPIES** sent this same date to:

2  John F. Kelly, Esq.
3  Mark D. Kamitomo, Esq.
   THE MARKAM GROUP, INC., P.S.
4  421 West Riverside Avenue, Suite 1060
5  Spokane, Washington 99201
   jackie@markamgrp.com
6  *Attorneys for Plaintiff*

7
   Dan Cavett, Esq.
8  CAVETT & FULTON
   6035 E. Grant Road
9  Tucson, Arizona 85712
10 dan@cavettandfulton.com
   info@cavettandfulton.com
11 *Attorneys for Tucson Medical Center*

12

13 /s/ Todd Johnson

14

15

16

17

18

19

20

21

22

23

24

25

26